ERIK A. CHRISTIANSEN (SBN 150787)
NATHAN D. THOMAS (SBN 234931)
ELIZABETH M. BUTLER (SBN 326901)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| B.D. and L.M., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MIT45, Inc.,<br><br>Defendant. | Case No. 24cv00499-L-DEB<br><br>**ANSWER TO COMPLAINT**<br><br>Judge: Hon. M. James Lorenz<br><br>Complaint filed: March 14, 2024 |

Defendant MIT45, Inc. ("MIT45"), by and through its undersigned counsel, hereby responds to Plaintiffs' Complaint filed on March 14, 2024. MIT45 denies each allegation in the Complaint, except for those expressly and specifically admitted below.

## NATURE OF THE ACTION

1. MIT45 admits Plaintiffs filed a class action lawsuit. MIT45 further admits that kratom is a plant indigenous to Southeast Asia and that dried kratom leaves are sold as loose powder, packaged into gel, or made into an extract. MIT45 denies owing Plaintiffs any duties as described in paragraph 1 and denies any implication from the allegations of any wrongdoing. Otherwise, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 1, and therefore denies the same. MIT45 further denies any remaining allegations in paragraph 1 not expressly admitted herein.

2. Paragraph 2 calls for a legal conclusion to which no response is required. To the extent that a response is required, MIT45 denies the allegations in paragraph 2.

3. In regard to the first sentence of paragraph 3, MIT45 denies the allegations. The remainder of the allegations in paragraph 3 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the remaining allegation in paragraph 3.

4. Paragraph 4 does not contain allegations against MIT45 and thus no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 4.

## PARTIES

5. MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 5, and therefore denies the same.

6. MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 6, and therefore denies the same.

7. MIT45 admits that it is a Delaware corporation with its principal place of business in Salt Lake City, Utah.

8. Paragraph 8 does not contain allegations against MIT45 and thus no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 8.

## JURISDICTION AND VENUE

9. The allegations in paragraph 9 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 9.

10. The allegations in paragraph 10 constitute legal conclusions to which no response is required. To the extent a factual response is required, MIT45 denies the allegations in paragraph 10.

11. MIT45 denies making any misrepresentations or omissions which resulted in any alleged injuries claimed by Plaintiffs. The remaining allegations in paragraph 11 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the remaining allegations in paragraph 11.

## FACTUAL ALLEGATIONS

### Background and Pharmacology of Kratom

12. MIT45 admits that mitragyna speciosa is a plan indigenous to Southeast Asia. MIT45 further admits that kratom is widely used in Southeast Asia. MIT45 denies that kratom is a drug under applicable federal laws and regulations. MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 12, and therefore denies the same.

13. MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 13, and therefore denies the same.

14. MIT45 denies that kratom is a drug under applicable federal laws and regulations. MIT45 admits that kratom may be packaged for consumption in capsule

form or as a "shot." MIT45 denies any remaining allegations in paragraph 14 not expressly admitted herein.

15. Paragraph 15 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 denies any allegations in paragraph 15 that imply MIT45 marketed its Products as an herbal medicine or supplement to treat ailments or as a method of achieving a legal/natural high. MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 15, and therefore denies the same.

16. Paragraph 16 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 16, and therefore denies the same.

17. Paragraph 17 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 admits that natural kratom plant leaves contain Mitragynine ("MG") and 7-hydroxymitragynine ("7-MG"). Otherwise, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 17, and therefore denies the same.

18. Paragraph 18 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45, lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 18, and therefore denies the same.

19. Paragraph 19 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 admits that kratom has been consumed by people for various reasons. Otherwise, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 19, and therefore denies the same.

20. Paragraph 20 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 denies that kratom is a drug under applicable federal laws and regulations. Otherwise, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 20, and therefore denies the same.

21. Paragraph 21 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 21, and therefore denies the same.

22. Paragraph 22 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 22, and therefore denies the same.

23. Paragraph 23 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 23, and therefore denies the same.

24. Paragraph 24 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 24, and therefore denies the same.

25. Paragraph 25 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 25, and therefore denies the same.

26. Paragraph 26 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks

knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 26, and therefore denies the same.

27. Paragraph 27 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 27, and therefore denies the same.

28. Paragraph 28 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 28, and therefore denies the same.

29. Paragraph 29 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 29, and therefore denies the same.

30. Paragraph 30 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 30, and therefore denies the same.

31. Paragraph 31 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 31, and therefore denies the same.

32. Paragraph 32 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 32, and therefore denies the same.

**Kratom Use and Addiction in the United States**

33. Paragraph 33 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 33, and therefore denies the same.

34. Paragraph 34 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 34, and therefore denies the same.

35. Paragraph 35 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 denies any implication in paragraph 35 that MIT45 ever marketed its products as a safe substitute for painkillers. MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 35, and therefore denies the same.

36. Paragraph 36 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 36, and therefore denies the same.

37. Paragraph 37 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 37, and therefore denies the same.

38. Paragraph 38 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 38, and therefore denies the same.

39. MIT45 denies the first sentence of paragraph 39. Otherwise, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 39, and therefore denies the same.

40. MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 40, and therefore denies the same.

41. MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 41, and therefore denies the same.

42. MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 42, and therefore denies the same.

43. MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 43, and therefore denies the same.

44. MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 44, and therefore denies the same.

**Defendant Knew or Should Have Known it was Selling a Highly Addictive Drug to Unsuspecting Consumers**

45. MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 45, and therefore denies the same.

46. MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 46, and therefore denies the same.

47. MIT45 admits the first, second, and fifth sentence of paragraph 47. MIT45 denies the remaining allegations of paragraph 47 including any implication in any sentence of paragraph 47 that its product is addictive.

48. MIT 45 admits the first sentence of paragraph 48. With respect to the second, third, fourth, and fifth sentences of paragraph 48, MIT45 responds that MIT45's website speaks for itself and MIT45 denies the allegations in the second, third, fourth, and fifth sentences of paragraph 48 to the extent that they are inconsistent with its website. MIT45 denies any remaining allegations in paragraph 48 not expressly admitted herein.

49. The allegations in paragraph 49 characterize written warning labels and information from MIT45's website that speak for themselves and MIT45 otherwise denies the allegations in paragraph 49 inconsistent with those labels and information found on its website. In regard to the remaining allegations in paragraph 49, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 49, and therefore denies the same.

50. Admit.

51. MIT45 denies the first sentence of paragraph 51 of the Complaint. MIT45 admits the remainder of the allegations of paragraph 51.

52. MIT45 denies the first sentence of paragraph 52 of the Complaint. MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 52 and its reference to "regular" kratom, and therefore denies the same.

53. Paragraph 53 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 53, and therefore denies the same.

54. MIT45 denies the allegations in paragraph 54.

55. MIT45 is not presently aware of receiving numerous user "reports" (as MIT45 understands that term) about the addictive potential of kratom in the United States and, therefore, denies the allegation in paragraph 55.

56. MIT45 admits that it monitors the potency and consistency of its products and has, in the past, referenced a pharmaceutical grade laboratory. MIT 45 is without information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 56, and therefore denies the same.

57. MIT 45 denies the allegations in paragraph 57.

58. MIT 45 denies the allegations in paragraph 58.

59. The allegations in paragraph 59 characterize written information provided on MIT45's website and Product packaging that speaks for itself and MIT45 otherwise denies the allegations in paragraph 59 inconsistent with those labels. MIT45 denies that it has engaged in any deliberately misleading conduct. MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 59, and therefore denies the same.

60. Paragraph 60 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 60, and therefore denies the same.

61. Paragraph 61 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 61, and therefore denies the same.

62. MIT45 denies the allegations in paragraph 62.

63. MIT 45 denies the allegations in paragraph 63.

64. The allegations in paragraph 64 characterize written warning labels that speak for themselves and MIT45 otherwise denies the allegations in paragraph 64 inconsistent with those labels.

65. The allegations in paragraph 65 characterize written warning labels that speak for themselves and MIT45 otherwise denies the allegations in paragraph 65 inconsistent with those labels.

66. The allegations in paragraph 66 characterize written warning labels that speak for themselves and MIT45 otherwise denies the allegations in paragraph 66 inconsistent with those labels.

67. The allegations in paragraph 67 characterize written warning labels that speak for themselves and MIT45 otherwise denies the allegations in paragraph 67 inconsistent with those labels.

68. The allegations in the first three sentences of paragraph 68 characterize written warning labels and packaging that speak for themselves and MIT45 otherwise denies the allegations in the first three sentences of paragraph 68 inconsistent with those labels. MIT45 denies the remaining allegations in paragraph 68.

69. Paragraph 69 calls for a legal conclusion to which no response is required. To the extent that a response is required, MIT45 denies the allegations in paragraph 69.

70. The allegations in paragraph 70 characterize written information provided on MIT45's website that speaks for itself and MIT45 otherwise denies the allegations in paragraph 70 inconsistent with those labels. MIT45 denies the remaining allegations in paragraph 70 to the extent they are not expressly admitted herein. Finally, MIT45 asserts that federal law prohibits it from making any structure/function claims at all regarding its product.

71. The allegations in paragraph 71 characterize written warning labels and packaging that speak for themselves and MIT45 otherwise denies the allegations in paragraph 71 inconsistent with those labels. MIT45 denies the remaining allegations in paragraph 71 not expressly admitted herein.

72. The allegations in paragraph 72 characterize written warning labels and packaging that speak for themselves and MIT45 otherwise denies the allegations in paragraph 72 inconsistent with those labels. MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 72, and therefore denies the same.

73. Paragraph 73 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 73, and therefore denies the same.

74. Paragraph 74 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 74, and therefore denies the same.

75. The allegations in Paragraph 75 constitute legal conclusions for which no response is required. To the extent a factual response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 75, and therefore denies the same.

76. Paragraph 76 calls for a legal conclusion to which no response is required. To the extent that a response is required, MIT45 denies the allegations in paragraph 76 on the basis that it does not know what the "average reasonable consumer" may or may not know about kratom.

77. Paragraph 77 calls for a legal conclusion to which no response is required. To the extent that a response is required, MIT45 denies the allegations in paragraph 77.

78. Paragraph 78 calls for a legal conclusion to which no response is required. To the extent that a response is required, MIT45 denies the allegations in paragraph 78.

79. Paragraph 79 calls for a legal conclusion to which no response is required. To the extent that a response is required, MIT45 denies the allegations in paragraph 79.

80. The first sentence of paragraph 80 of the complaint does not assert allegations against MIT45 and thus, no response is required. MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 80, and therefore denies the same.

**<u>Plaintiff B.D.'s Experience</u>**

81. The first five sentences of paragraph 81 do not contain any allegations against MIT45 and therefore no response is required. To the extent a response is

required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the asserted against MIT45 in the first five sentences of paragraph 81, and therefore denies the same. The remaining allegations in paragraph 81 characterize written warning labels that speak for themselves and MIT45 otherwise denies the allegations in paragraph 81 inconsistent with those labels. MIT45 denies any remaining allegations in paragraph 81 not expressly admitted herein.

82. Paragraph 82 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations asserted against MIT45 in paragraph 82, and therefore denies the same.

83. Paragraph 83 does not contain any allegations against MIT45 and is comprised of legal conclusions and, therefore, no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations asserted against MIT45 in paragraph 83, and therefore denies the same.

**Plaintiff L.M.'s Experience**

84. The first four sentences of paragraph 84 do not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations asserted against MIT45 in the first four sentences of paragraph 84, and therefore denies the same. The remaining allegations in paragraph 84 characterize written warning labels that speak for themselves and MIT45 otherwise denies the allegations in paragraph 84 inconsistent with those labels. MIT45 denies any remaining allegations in paragraph 84 not expressly admitted herein.

85. Paragraph 85 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks

knowledge or information sufficient to form a belief as to the truth or falsity of the allegations asserted against MIT45 in paragraph 85, and therefore denies the same.

86. Paragraph 86 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations asserted against MIT45 in paragraph 86, and therefore denies the same.

## CLASS ALLEGATIONS

87. The allegations in paragraph 87 constitute legal conclusions to which no response is required. To the extent that a response is required, MIT 45 denies the allegations in paragraph 87.

88. Paragraph 88 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 88.

89. Paragraph 89 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 89.

90. Paragraph 90 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 90.

91. The allegations in paragraph 91 constitute legal conclusions to which no response is required. To the extent that a response is required, MIT 45 denies the allegations in paragraph 91.

92. The allegations in paragraph 92 constitute legal conclusions to which no response is required. To the extent that a response is required, MIT 45 denies the allegations in paragraph 92.

93. The allegations in paragraph 93 constitute legal conclusions to which no response is required. To the extent that a response is required, MIT 45 denies the allegations in paragraph 93.

94. The allegations in paragraph 94 constitute legal conclusions to which no response is required. To the extent that a response is required, MIT 45 denies the allegations in paragraph 94.

95. The allegations in paragraph 95 constitute legal conclusions to which no response is required. To the extent that a response is required, MIT 45 denies the allegations in paragraph 95.

96. The allegations in paragraph 96 constitute legal conclusions to which no response is required. To the extent that a response is required, MIT 45 denies the allegations in paragraph 96.

97. The allegations in paragraph 97 constitute legal conclusions to which no response is required. To the extent that a response is required, MIT 45 denies the allegations in paragraph 97.

98. Paragraph 98 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 98.

**COUNT I**
**Violations of California's Unfair Competition Law ("UCU"),**
**Cal. Bus. & Prof. Code §§ 17200, et seq.**

99. MIT45 incorporates by reference its responses to all allegations in the preceding paragraphs.

100. Paragraph 100 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 100.

101. The allegations in paragraph 101 contain legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegation in paragraph 101.

102. The allegations in paragraph 102 contain legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegation in paragraph 102.

103. The allegations in paragraph 103 contain legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegation in paragraph 103.

104. The allegations in paragraph 104 contain legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegation in paragraph 104.

105. The allegations in paragraph 105 contain legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegation in paragraph 105.

106. The allegations in paragraph 106 contain legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegation in paragraph 106.

## COUNT II
## Violation of California's Consumers Legal Remedies Act, Cal. Civ. Code §§ 1750, et seq.

107. MIT45 incorporates by reference its responses to all allegations in the preceding paragraphs.

108. Paragraph 108 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 108.

109. Paragraph 109 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 109.

110. The allegations in paragraph 110 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 110.

111. The allegations in paragraph 111 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 111.

112. The allegations in paragraph 112 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 112.

113. The allegations in paragraph 113 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 113.

114. The allegations in paragraph 114 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 114.

115. MIT 45 denies the allegations in paragraph 115.

116. The allegations in paragraph 116 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 116.

117. The allegations in paragraph 117 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 117.

118. MIT45 admits that Plaintiff sent a letter on January 29, 2024, which letter speaks for itself. MIT45 denies the allegations regarding the contents of that January 29, 2024 letter to the extent that they are inconsistent with the letter. The remaining allegations in paragraph 118 call for a legal conclusion to which no response is required. To the extent that a response is required, MIT45 denies the remaining allegation in paragraph 118. MIT45 denies any remaining allegations in paragraph 118 not expressly admitted herein.

## COUNT III
## Violation of California's False Advertising Law, Cal. Bus. & Prof. Code §§ 17500, et seq.

119. MIT45 incorporates by reference its responses to all allegations in the preceding paragraphs.

120. Paragraph 120 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 120.

121. The allegations in paragraph 121 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 121.

122. The allegations in paragraph 122 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 122.

123. The allegations in paragraph 123 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 123.

124. The allegations in paragraph 124 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 124.

125. The allegations in paragraph 125 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 125.

126. The allegations in paragraph 126 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 126.

127. The allegations in paragraph 127 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 127.

128. The allegations in paragraph 128 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 128.

**COUNT IV**
**Breach of Implied Warranty**

129. MIT45 incorporates by reference its responses to all allegations in the preceding paragraphs.

130. Paragraph 130 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 130.

131. Paragraph 131 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 131.

132. The allegations in paragraph 132 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 132.

133. The allegations in paragraph 133 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 133. MIT45 denies any remaining allegations in paragraph 133.

134. The allegations in paragraph 134 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 134.

135. MIT45 denies the allegations in paragraph 135.

136. The allegations in paragraph 136 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 136.

137. The allegations in paragraph 137 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 137.

138. MIT45 admits that Plaintiff sent a letter on January 29, 2024, which letter speaks for itself. MIT45 denies the allegations regarding the contents of that

January 29, 2024 letter to the extent that they are inconsistent with the letter. The remaining allegations in paragraph 138 call for a legal conclusion to which no response is required. To the extent that a response is required, MIT45 denies the remaining allegation in paragraph 138. MIT45 denies any remaining allegations in paragraph 138 not expressly admitted herein.

## COUNT V
## Unjust Enrichment

139. MIT45 incorporates by reference its responses to all allegations in the preceding paragraphs.

140. Paragraph 140 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 140.

141. The allegations in paragraph 141 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 141.

142. The allegations in paragraph 142 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 142.

143. The allegations in paragraph 143 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 143.

144. The allegations in paragraph 144 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 144.

145. The allegations in paragraph 145 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 145.

146. The allegations in paragraph 146 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 146.

147. The allegations in paragraph 147 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 147.

148. The allegations in paragraph 148 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 148.

149. The allegations in paragraph 149 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 149.

**COUNT VI**
**Fraud by Omission**

150. MIT45 incorporates by reference its responses to all allegations in the preceding paragraphs.

151. Paragraph 151 does not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 151.

152. MIT45 admits that it engages in commerce in the State of California in such locations where it is not prohibited.

153. The allegations in paragraph 153 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 153.

154. MIT45 denies the allegation in paragraph 154.

155. The allegations in paragraph 155 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 155.

156. The allegations in paragraph 156 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 156.

157. The allegations in paragraph 157 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 157.

158. The allegations in paragraph 158 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 158.

159. The allegations in paragraph 159 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 159.

**COUNT VII – DISMISSED**
**Negligent Misrepresentation**

160. The claim as set forth in paragraphs 160-169 was dismissed by the Court and requires no answer. To the extent an answer is required, MIT45 denies all allegations in paragraph 160.

161. The claim as set forth in paragraphs 160-169 was dismissed by the Court and requires no answer. To the extent an answer is required, MIT45 denies all allegations in paragraph 161.

162. The claim as set forth in paragraphs 160-169 was dismissed by the Court and requires no answer. To the extent an answer is required, MIT45 denies all allegations in paragraph 162.

163. The claim as set forth in paragraphs 160-169 was dismissed by the Court and requires no answer. To the extent an answer is required, MIT45 denies all allegations in paragraph 163.

164. The claim as set forth in paragraphs 160-169 was dismissed by the Court and requires no answer. To the extent an answer is required, MIT45 denies all allegations in paragraph 164.

165. The claim as set forth in paragraphs 160-169 was dismissed by the Court and requires no answer. To the extent an answer is required, MIT45 denies all allegations in paragraph 165.

166. The claim as set forth in paragraphs 160-169 was dismissed by the Court and requires no answer. To the extent an answer is required, MIT45 denies all allegations in paragraph 166.

167. The claim as set forth in paragraphs 160-169 was dismissed by the Court and requires no answer. To the extent an answer is required, MIT45 denies all allegations in paragraph 167.

168. The claim as set forth in paragraphs 160-169 was dismissed by the Court and requires no answer. To the extent an answer is required, MIT45 denies all allegations in paragraph 168.

169. The claim as set forth in paragraphs 160-169 was dismissed by the Court and requires no answer. To the extent an answer is required, MIT45 denies all allegations in paragraph 169.

## PRAYER FOR RELIEF

MIT45 denies that the relief requested by Plaintiffs is available under the claims they have asserted, denies that Plaintiffs are entitled to any relief, and respectfully requests that Plaintiffs' prayer for relief be denied in all respects.

## AFFIRMATIVE DEFENSES

Without assuming the burden of proof on any issue for which Plaintiffs bear the burden of proof and in response to the claims alleged by Plaintiffs, MIT45 asserts the following affirmative defenses:

## FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim)

Plaintiffs fail to state a claim against MIT45 on which the Court can grant relief.

**SECOND AFFIRMATIVE DEFENSE**

(Unclean Hands)

Plaintiffs' claims should be dismissed under the doctrine of unclean hands.

**THIRD AFFIRMATIVE DEFENSE**

(No Damages)

Plaintiffs are not entitled to recover damages or other monetary relief because, at a minimum, they have suffered no damages or economic harm, their damages are uncertain, contingent and speculative, and they have failed to mitigate damages.

**FOURTH AFFIRMATIVE DEFENSE**

(Assumption of Risk)

Plaintiffs are not entitled to any recovery because they voluntarily assumed any risk by, including but not limited to, voluntarily choosing to misuse and/or abuse the MIT45 complained of in the Complaint

**FIFTH AFFIRMATIVE DEFENSE**

(Failure to Mitigate Damages)

Plaintiffs have failed to mitigate any alleged damages. Thus, any damages awarded to Plaintiffs shall be limited to the amount of damages Plaintiffs would have sustained had Plaintiffs mitigated their damages.

**SIXTH AFFIRMATIVE DEFENSE**

(No Duty to Warn)

To the extent Plaintiffs allege they were injured by their use of MIT45 products, Plaintiffs should not recover any damages as the Complaint fails to allege any defective, unsafe, or unlawful product, nor any reason MIT45 had any duty to warn Plaintiffs about any aspect of the MIT45's products.

**SEVENTH AFFIRMATIVE DEFENSE**

(No Unsafe Product)

Plaintiffs have not alleged that MIT45 products contain any ingredients that are unlawful to sell, specially regulated, or unsafe for their typical and intended use.

**EIGHTH AFFIRMATIVE DEFENSE**

(Intervening and/or Superseding Cause)

The Complaint and every purported cause of action contained therein are barred because Plaintiffs' alleged damages, injuries, and/or losses were proximately caused or contributed to the acts or omissions of other persons (e.g., Plaintiffs) and/or facts and circumstances outside the control or any fault on the part of Defendants, which acts and/or omissions, facts, and/or circumstances were an intervening and superseding cause of Plaintiffs' alleged damages, injuries and losses, if any. Plaintiffs' damages, if any, were proximately caused by unforeseeable, independent, intervening, and/or superseding events beyond the control of MIT45 and were unrelated to any action or conduct on its part.

**NINTH AFFIRMATIVE DEFENSE**

(Comparative Negligence)

Any injury or damages found to have been suffered by Plaintiffs in this action were proximately caused or contributed to by Plaintiffs' own negligence. As such, any judgment that might be rendered against MIT45 must be reduced by the degree of comparative fault of Plaintiffs.

**TENTH AFFIRMATIVE DEFENSE**

(Justified)

The Complaint, and every purported cause of action contained therein, is barred because any conduct complained of by the Plaintiffs on the part of MIT45 was justified.

**ELEVENTH AFFIRMATIVE DEFENSE**

(Fault of others)

The Complaint, each cause of action therein, and any recovery on any cause of action therein are barred because any damages which Plaintiffs allegedly sustained were caused by persons or entities other than MIT45. As such, the Court

should determine what proportion of responsibility each person, business, or other entity bears, under all applicable laws.

**TWELTH AFFIRMATIVE DEFENSE**

(Unrelated Injury)

Plaintiffs' injuries, if any, are unrelated to their use of MIT45 products. Plaintiffs' Complaint details a history of addiction by each Plaintiff and describes the facts and circumstances relating to Plaintiffs' prior substance abuse, which preexisted Plaintiffs' use and abuse of MIT45 products. As such, MIT45 is not liable to Plaintiffs.

**THIRTEENTH AFFIRMATIVE DEFENSE**

(Trivial defect)

To the extent Plaintiffs allege they were injured by a defect—the existence of which MIT45 denies—any such alleged defect was a trivial defect.

**FOURTEENTH AFFIRMATIVE DEFENSE**

(Misuse)

Plaintiffs knew that their use of MIT45 products was not as intended, not recommended and specifically against its recommended use. Plaintiffs therefore assumed the risk of their respective choices to misuse MIT45 products.

**FIFTEENTH AFFIRMATIVE DEFENSE**

(Lack of Causation)

The Complaint fails to adequately allege that MIT45 Products caused Plaintiffs' injuries, if any.

**SIXTEENTH AFFIRMATIVE DEFENSE**

(Unforeseeable Usage)

Plaintiffs' alleged use and/or misuse of MIT45 products were unforeseeable to MIT45 and/or a reasonable person.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

(Abuse, Misuse, and Modification of Product)

Any injuries or damages suffered by Plaintiffs were caused solely and exclusively by Plaintiffs' own abuse, misuse, and/or modification of MIT45 Products in a manner unforeseeable by MIT45.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

(Class Action Not Appropriate)

The claims asserted in the Complaint do not qualify for class treatment and would not be better resolved as a class action.

**NINETEENTH AFFIRMATIVE DEFENSE**

(No Extraterritorial Application of California Law)

Extraterritorial application of California law to the alleged class is improper.

**TWENTIETH AFFIRMATIVE DEFENSE**

(Laches)

Plaintiffs did not file their claims, and those of the putative class, within a reasonable time after discovery and the doctrine of laches bars those claims.

**TWENTY FIRST AFFIRMATIVE DEFENSE**

(No Punitive Damages)

Plaintiffs have failed to alleged facts sufficient to allow recovery of punitive or exemplary damages.

**TWENTY SECOND AFFIRMATIVE DEFENSE**

(Preemption/Preclusion)

Plaintiffs' claims are preempted and/or precluded in whole or in part.

**TWENTY THIRD AFFIRMATIVE DEFENSE**

MIT45 and their agents always acted reasonably and in good faith based on all relevant facts and circumstances known by them at the time they so acted. Accordingly, Plaintiffs are barred from any recovery.

**TWENTY FOURTH AFFIRMATIVE DEFENSE**

(Reservation of Rights)

MIT45 reserves the right to amend its Answer to Plaintiffs' Complaint and reserves any other defenses that may become applicable or apparent during the course of discovery proceedings in this matter.

**DEMAND FOR JURY TRIAL**

MIT45 hereby demands a jury trial on all issues so triable.

Dated: July 26, 2024.

PARSONS BEHLE & LATIMER

*/s/ Nathan D. Thomas*

By: Erik C. Christiansen
Nathan D. Thomas
Elizabeth M. Butler
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July 2024, I caused a true and correct copy of the foregoing **ANSWER TO COMPLAINT** to be served by the method indicated below, to the following:

BURSOR & FISHER, P.A.
Neal J. Deckant (State Bar No. 322946)
Luke Sironski-White (State Bar No. 348441)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ndeckant@bursor.com
isironski@bursor.com

☒ Electronic Filing Notification
☐ U.S. Mail, Postage Prepaid
☐ Hand Delivered
☐ Overnight Mail
☐ Facsimile
☐ Email

Dated: July 26, 2024

PARSONS BEHLE & LATIMER

*/s/ Nathan D. Thomas*

By: Erik C. Christiansen
Nathan D. Thomas
Elizabeth M. Butler
Attorneys for Defendant