Erik A. Christiansen (SBN 150787)
Nathan D. Thomas (SBN 234931)
Elizabeth M. Butler (SBN 326901)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Fax:  801.536.6111
echristiansen@parsonsbehle.com
nthomas@parsonsbehle.com
lbutler@parsonsbehle.com

Courtney L. Baird (SBN 234410)
Daniel M. Doft (SBN 317204)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101
Telephone: (619) 744-2200
Fax: (619) 744-2201
clbaird@duanemorris.com
ddoft@duanemorris.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.D., L.M., D.H., and E.L., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>MIT45, Inc.,<br><br>        Defendant. | Case No. 24cv00499-L-DEB<br><br>**ANSWER TO FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. M. James Lorenz<br><br>Complaint filed: March 14, 2024<br>First Am. Compl. filed: December 10, 2024 |

-1-

Defendant MIT45, Inc. ("MIT45"), by and through its undersigned counsel, hereby responds to Plaintiffs' First Amended Complaint filed on December 10, 2024. MIT45 denies each allegation in the First Amended Complaint, except for those expressly and specifically admitted below.

## NATURE OF THE ACTION[1]

1.      MIT45 admits Plaintiffs filed a class action lawsuit. MIT45 further admits that kratom is a plant indigenous to Southeast Asia and that dried kratom leaves are sold as loose powder, packaged into gel, or made into an extract. MIT45 denies owing Plaintiffs any duties as described in paragraph 1 and denies any implication from the allegations of any wrongdoing. Otherwise, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 1, and therefore denies the same. MIT45 further denies any remaining allegations in paragraph 1 not expressly admitted herein.

2.      MIT45 denies owing Plaintiffs any duties as described in paragraph 2 and denies any implication from the allegations of any wrongdoing. Otherwise, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 2, and therefore denies the same. MIT45 further denies any remaining allegations in paragraph 2 not expressly admitted herein.

3.      Paragraph 3 calls for a legal conclusion to which no response is required. To the extent that a response is required, MIT45 denies the allegations in paragraph 3.

4.      In regard to the first sentence of paragraph 4, MIT45 denies the allegations. The remainder of the allegations in paragraph 4 constitute legal

---

[1] The headers and sub-headers used in this Answer are drawn from Plaintiffs' First Amended Complaint. Their inclusion here is to aid the parties and the Court in tracking and grouping Plaintiffs' allegations and Defendant's responses and should not be construed in any way as a substantive admission of or response to anything in the First Amended Complaint.

conclusions to which no response is required. To the extent a response is required, MIT45 denies the remaining allegation in paragraph 4.

## PARTIES

5.      MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 5, and therefore denies the same.

6.      MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 6, and therefore denies the same.

7.      MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 7, and therefore denies the same.

8.      MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 8, and therefore denies the same.

9.      MIT45 admits that it is a Delaware corporation with its principal place of business in Salt Lake City, Utah.

10.     Paragraph 10 does not contain allegations against MIT45 and thus no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 10.

## JURISDICTION AND VENUE

11.     The allegations in paragraph 11 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 11.

12.     The allegations in paragraph 12 constitute legal conclusions to which no response is required. To the extent a factual response is required, MIT45 denies the allegations in paragraph 12.

13.     MIT45 denies making any misrepresentations or omissions which resulted in any alleged injuries claimed by Plaintiffs. The remaining allegations in paragraph 13 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the remaining allegations in paragraph 13.

# FACTUAL ALLEGATIONS

## Background and Pharmacology of Kratom

14.     MIT45 admits that mitragyna speciosa is a plan indigenous to Southeast Asia. MIT45 further admits that kratom is widely used in Southeast Asia. MIT45 denies that kratom is a drug under applicable federal laws and regulations. MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 14, and therefore denies the same.

15.     MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 15, and therefore denies the same.

16.     MIT45 denies that kratom is a drug under applicable federal laws and regulations. MIT45 admits that kratom may be packaged for consumption in capsule form or as a "shot." MIT45 denies any remaining allegations in paragraph 16 not expressly admitted herein.

17.     Paragraph 17 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 denies any allegations in paragraph 17 that imply MIT45 marketed its Products as an herbal medicine or supplement to treat ailments or as a method of achieving a legal/natural high. MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 17, and therefore denies the same.

18.     Paragraph 18 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 18, and therefore denies the same.

19.     Paragraph 19 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 admits that natural kratom plant leaves contain Mitragynine ("MG") and 7-hydroxymitragynine ("7-MG"). Otherwise, MIT45 lacks knowledge or information

1  sufficient to form a belief as to the truth or falsity of the allegations in paragraph 19,

2  and therefore denies the same.

3      20.    Paragraph 20 does not contain any allegations regarding MIT45 and

4  therefore no response is required. To the extent a response is required, MIT45, lacks

5  knowledge or information sufficient to form a belief as to the truth or falsity of the

6  remaining allegations in paragraph 20, and therefore denies the same.

7      21.    Paragraph 21 does not contain any allegations regarding MIT45 and

8  therefore no response is required. To the extent a response is required, MIT45 admits

9  that kratom has been consumed by people for various reasons. Otherwise, MIT45

10  lacks knowledge or information sufficient to form a belief as to the truth or falsity

11  of the allegations in paragraph 21, and therefore denies the same.

12      22.    Paragraph 22 does not contain any allegations regarding MIT45 and

13  therefore no response is required. To the extent a response is required, MIT45 denies

14  that kratom is a drug under applicable federal laws and regulations. Otherwise,

15  MIT45 lacks knowledge or information sufficient to form a belief as to the truth or

16  falsity of the remaining allegations in paragraph 20, and therefore denies the same.

17      23.    Paragraph 23 does not contain any allegations regarding MIT45 and

18  therefore no response is required. To the extent a response is required, MIT45 lacks

19  knowledge or information sufficient to form a belief as to the truth or falsity of the

20  allegations in paragraph 23, and therefore denies the same.

21      24.    Paragraph 24 does not contain any allegations regarding MIT45 and

22  therefore no response is required. To the extent a response is required, MIT45 lacks

23  knowledge or information sufficient to form a belief as to the truth or falsity of the

24  allegations in paragraph 24, and therefore denies the same.

25      25.    Paragraph 25 does not contain any allegations regarding MIT45 and

26  therefore no response is required. To the extent a response is required, MIT45 lacks

27  knowledge or information sufficient to form a belief as to the truth or falsity of the

28  allegations in paragraph 25, and therefore denies the same.

26.    Paragraph 26 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 26, and therefore denies the same.

27.    Paragraph 27 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 27, and therefore denies the same.

28.    Paragraph 28 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 28, and therefore denies the same.

29.    Paragraph 29 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 29, and therefore denies the same.

30.    Paragraph 30 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 30, and therefore denies the same.

31.    Paragraph 31 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 31, and therefore denies the same.

32.    Paragraph 32 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 32, and therefore denies the same.

33.     Paragraph 33 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 33, and therefore denies the same.

34.     Paragraph 34 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 34, and therefore denies the same.

### Kratom Use and Addiction in the United States

35.     Paragraph 35 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 35, and therefore denies the same.

36.     Paragraph 36 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 36, and therefore denies the same.

37.     Paragraph 37 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 denies any implication in paragraph 37 that MIT45 ever marketed its products as a safe substitute for painkillers. MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 37, and therefore denies the same.

38.     Paragraph 38 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 38, and therefore denies the same.

39.     Paragraph 39 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 39, and therefore denies the same.

40.     Paragraph 40 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 40, and therefore denies the same.

41.     MIT45 denies the first sentence of paragraph 41. Otherwise, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 41, and therefore denies the same.

42.     MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 42, and therefore denies the same.

43.     MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 43, and therefore denies the same.

44.     MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 44, and therefore denies the same.

45.     MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 45, and therefore denies the same. To the extent the allegations in paragraph 45 of the First Amended Complaint relate to the content of MIT45 product labeling, such labels speak for themselves.

46.     MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 46, and therefore denies the same.

### **Defendant Knew or Should Have Known it was Selling a Highly Addictive Drug to Unsuspecting Consumers**

47.     MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 47, and therefore denies the same.

Case No. 24cv00499-L-DEB                    ANSWER TO FIRST AMENDED COMPLAINT
4906-6107-2135.v3

48.     MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 48, and therefore denies the same.

49.     MIT45 admits the first, second, and fifth sentences of paragraph 49. MIT45 denies the remaining allegations of paragraph 49 including any implication in any sentence of paragraph 49 that its product is addictive.

50.     MIT 45 admits the first sentence of paragraph 50. With respect to the second, third, fourth, and fifth sentences of paragraph 50, MIT45 responds that MIT45's website speaks for itself and MIT45 denies the allegations in the second, third, fourth, and fifth sentences of paragraph 50 to the extent that they are inconsistent with its website. MIT45 denies any remaining allegations in paragraph 50 not expressly admitted herein.

51.     The allegations in paragraph 51 characterize written warning labels and information from MIT45's website that speak for themselves and MIT45 otherwise denies the allegations in paragraph 51 inconsistent with those labels and information found on its website. In regard to the remaining allegations in paragraph 51, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 51, and therefore denies the same.

52.     Admit.

53.      MIT45 denies the first sentence of paragraph 53 of the First Amended Complaint. MIT45 admits the remainder of the allegations of paragraph 53.

54.     MIT45 denies the first sentence of paragraph 54 of the First Amended Complaint.  MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 54 and its reference to "regular" kratom, and therefore denies the same.

55.     Paragraph 55 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 55, and therefore denies the same.

56. MIT45 denies the allegations in paragraph 56.

57. MIT45 is not presently aware of receiving numerous user "reports" (as MIT45 understands that term) about the addictive potential of kratom in the United States and, therefore, denies the allegation in paragraph 57.

58. MIT45 admits that it monitors the potency and consistency of its products and has, in the past, referenced a pharmaceutical grade laboratory. MIT 45 is without information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 58, and therefore denies the same.

59. MIT 45 denies the allegations in paragraph 59.

60. MIT 45 denies the allegations in paragraph 60.

61. The allegations in paragraph 61 characterize written information provided on MIT45's website and Product packaging that speaks for itself and MIT45 otherwise denies the allegations in paragraph 61 inconsistent with those labels. MIT45 denies that it has engaged in any deliberately misleading conduct. MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 61, and therefore denies the same.

62. Paragraph 62 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 62, and therefore denies the same.

63. Paragraph 63 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 63 and therefore denies the same.

64. Paragraph 64 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 64, and therefore denies the same.

1    65.    MIT45 denies the allegations in paragraph 65.

2    66.    MIT 45 denies the allegations in paragraph 66.

3    67.    The allegations in paragraph 67 characterize written warning labels that

4 speak for themselves and MIT45 otherwise denies the allegations in paragraph 67

5 inconsistent with those labels.

6    68.    The allegations in paragraph 68 characterize written warning labels that

7 speak for themselves and MIT45 otherwise denies the allegations in paragraph 68

8 inconsistent with those labels.

9    69.    The allegations in paragraph 69 characterize written warning labels that

10 speak for themselves and MIT45 otherwise denies the allegations in paragraph 69

11 inconsistent with those labels.

12    70.    The allegations in paragraph 70 characterize written warning labels that

13 speak for themselves and MIT45 otherwise denies the allegations in paragraph 70

14 inconsistent with those labels.

15    71.    The allegations in the first three sentences of paragraph 71 characterize

16 written warning labels and packaging that speak for themselves and MIT45

17 otherwise denies the allegations in the first three sentences of paragraph 71

18 inconsistent with those labels. MIT45 denies the remaining allegations in paragraph

19 71.

20    72.    Paragraph 72 calls for a legal conclusion to which no response is

21 required. To the extent that a response is required, MIT45 denies the allegations in

22 paragraph 72.

23    73.    The allegations in paragraph 73 characterize written information

24 provided on MIT45's website that speaks for itself and MIT45 otherwise denies the

25 allegations in paragraph 73 inconsistent with those labels. MIT45 denies the

26 remaining allegations in paragraph 73 to the extent they are not expressly admitted

27 herein. Finally, MIT45 asserts that federal law prohibits it from making any

28 structure/function claims at all regarding its product.

74. The allegations in paragraph 71 characterize written warning labels and packaging that speak for themselves and MIT45 otherwise denies the allegations in paragraph 74 inconsistent with those labels. MIT45 denies the remaining allegations in paragraph 74 not expressly admitted herein.

75. The allegations in paragraph 75 characterize written warning labels and packaging that speak for themselves and MIT45 otherwise denies the allegations in paragraph 75 inconsistent with those labels. MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 75, and therefore denies the same.

76. Paragraph 76 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 76, and therefore denies the same.

77. Paragraph 77 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 77, and therefore denies the same.

78. The allegations in Paragraph 78 constitute legal conclusions for which no response is required. To the extent a factual response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 78, and therefore denies the same.

79. Paragraph 79 calls for a legal conclusion to which no response is required. To the extent that a response is required, MIT45 denies the allegations in paragraph 79 on the basis that it does not know what the "average reasonable consumer" may or may not know about kratom.

80. Paragraph 80 calls for a legal conclusion to which no response is required. To the extent that a response is required, MIT45 denies the allegations in paragraph 80.

81.    Paragraph 81 calls for a legal conclusion to which no response is required. To the extent that a response is required, MIT45 denies the allegations in paragraph 81.

82.    Paragraph 82 calls for a legal conclusion to which no response is required. To the extent that a response is required, MIT45 denies the allegations in paragraph 82.

83.    The first sentence of paragraph 83 of the First Amended Complaint does not assert allegations against MIT45 and thus, no response is required. MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 83, and therefore denies the same.

**Plaintiff B.D.'s Experience**

84.    The first five sentences of paragraph 84 do not contain any allegations against MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the asserted against MIT45 in the first five sentences of paragraph 84, and therefore denies the same. The remaining allegations in paragraph 84 characterize written warning labels that speak for themselves and MIT45 otherwise denies the allegations in paragraph 84 inconsistent with those labels. MIT45 denies any remaining allegations in paragraph 84 not expressly admitted herein.

85.    Paragraph 85 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations asserted against MIT45 in paragraph 85, and therefore denies the same.

86.    Paragraph 86 does not contain any allegations regarding MIT45 and is comprised of legal conclusions and, therefore, no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a

1  belief as to the truth or falsity of the allegations asserted against MIT45 in paragraph

2  86, and therefore denies the same.

3  **Plaintiff L.M.'s Experience**

4      87.    The first four sentences of paragraph 87 do not contain any allegations

5  against MIT45 and therefore no response is required. To the extent a response is

6  required, MIT45 lacks knowledge or information sufficient to form a belief as to the

7  truth or falsity of the allegations asserted against MIT45 in the first four sentences

8  of paragraph 87, and therefore denies the same. The remaining allegations in

9  paragraph 87 characterize written warning labels that speak for themselves and

10  MIT45 otherwise denies the allegations in paragraph 87 inconsistent with those

11  labels. MIT45 denies any remaining allegations in paragraph 87 not expressly

12  admitted herein.

13      88.    Paragraph 88 does not contain any allegations regarding MIT45 and

14  therefore no response is required. To the extent a response is required, MIT45 lacks

15  knowledge or information sufficient to form a belief as to the truth or falsity of the

16  allegations asserted against MIT45 in paragraph 88, and therefore denies the same.

17      89.    Paragraph 89 does not contain any allegations regarding MIT45 and

18  therefore no response is required. To the extent a response is required, MIT45 lacks

19  knowledge or information sufficient to form a belief as to the truth or falsity of the

20  allegations asserted against MIT45 in paragraph 89, and therefore denies the same.

21  **Plaintiff D.H's Experience**

22      90.    The first and second sentences of paragraph 90 do not contain any

23  allegations regarding MIT45 and therefore no response is required. To the extent a

24  response is required, MIT45 lacks knowledge or information sufficient to form a

25  belief as to the truth or falsity of the allegations asserted against MIT45 in the first

26  two sentences of paragraph 90, and therefore denies the same. The third sentence in

27  paragraph 90 characterizes written warning labels that speak for themselves and

28

MIT45 otherwise denies the allegations in paragraph 90 inconsistent with those labels. MIT45 denies the remaining allegations in paragraph 90.

**Plaintiff E.L.'s Experience**

91.    The first, second, and third sentences of paragraph 91 do not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations asserted against MIT45 in the first three sentences of paragraph 91, and therefore denies the same. The fourth and last sentences in paragraph 91 characterize written warning labels that speak for themselves and MIT45 otherwise denies the allegations in paragraph 91 inconsistent with those labels. MIT45 denies the remaining allegations in paragraph 91.

## CLASS ALLEGATIONS

92.    The allegations in paragraph 92 constitute legal conclusions to which no response is required. To the extent that a response is required, MIT 45 denies the allegations in paragraph 92.

93.    Paragraph 93 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 93

94.    Paragraph 94 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 94.

95.    The allegations in paragraph 95 constitute legal conclusions to which no response is required. To the extent that a response is required, MIT 45 denies the allegations in paragraph 95.

96. The allegations in paragraph 96 constitute legal conclusions to which no response is required. To the extent that a response is required, MIT 45 denies the allegations in paragraph 96.

97.    The allegations in paragraph 97 constitute legal conclusions to which no response is required. To the extent that a response is required, MIT 45 denies the allegations in paragraph 97.

98.    The allegations in paragraph 98 constitute legal conclusions to which no response is required. To the extent that a response is required, MIT 45 denies the allegations in paragraph 98.

99.    The allegations in paragraph 99 constitute legal conclusions to which no response is required. To the extent that a response is required, MIT 45 denies the allegations in paragraph 99.

100.    The allegations in paragraph 100 constitute legal conclusions to which no response is required. To the extent that a response is required, MIT 45 denies the allegations in paragraph 100.

101.    The allegations in paragraph 101 constitute legal conclusions to which no response is required. To the extent that a response is required, MIT 45 denies the allegations in paragraph 101.

102.    Paragraph 102 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 102.

### COUNT I
**Violations of California's Unfair Competition Law ("UCU"),**
**Cal. Bus. & Prof. Code §§ 17200, et seq.**

103.    MIT45 incorporates by reference its responses to all allegations in the preceding paragraphs.

104.    Paragraph 104 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 104.

105.    The allegations in paragraph 105 contain legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegation in paragraph 105.

106.   The allegations in paragraph 106 contain legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegation in paragraph 106.

107.   The allegations in paragraph 107 contain legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegation in paragraph 107.

108.   The allegations in paragraph 108 contain legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegation in paragraph 108.

109.   The allegations in paragraph 109 contain legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegation in paragraph 109.

110.   The allegations in paragraph 110 contain legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegation in paragraph 110.

## COUNT II
### Violation of California's Consumers Legal Remedies Act, Cal. Civ. Code §§ 1750, et seq.

111.   MIT45 incorporates by reference its responses to all allegations in the preceding paragraphs.

112.   Paragraph 112 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 112.

113.   Paragraph 113 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 113.

114.   The allegations in paragraph 114 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 114.

115.    The allegations in paragraph 115 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 115.

116.    The allegations in paragraph 116 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 116.

117.    The allegations in paragraph 117 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 117.

118.    The allegations in paragraph 118 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 118.

119.    MIT 45 denies the allegations in paragraph 119.

120.    The allegations in paragraph 120 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 120.

121.    The allegations in paragraph 121 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 121.

122.    MIT45 admits that Plaintiff sent a letter on January 29, 2024, which letter speaks for itself. MIT45 denies the allegations regarding the contents of that January 29, 2024 letter to the extent that they are inconsistent with the letter. The remaining allegations in paragraph 122 call for a legal conclusion to which no response is required. To the extent that a response is required, MIT45 denies the remaining allegation in paragraph 122. MIT45 denies any remaining allegations in paragraph 122 not expressly admitted herein.

## COUNT III
### Violation of California's False Advertising Law,
### Cal. Bus. & Prof. Code §§ 17500, et seq.

123.   MIT45 incorporates by reference its responses to all allegations in the preceding paragraphs.

124.   Paragraph 124 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 124.

125.   The allegations in paragraph 125 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 125.

126.   The allegations in paragraph 126 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 126.

127.   The allegations in paragraph 127 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 127.

128.   The allegations in paragraph 128 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 128.

129.   The allegations in paragraph 129 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 129.

130.   The allegations in paragraph 130 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 130.

131.   The allegations in paragraph 131 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 131.

132.   The allegations in paragraph 128 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 132.

**COUNT IV**
**Violation of Oregon's Unlawful Trade Practices Act ("UTPA"),**
**Or. Rev. Stat. §§ 646.605, et seq.**

133.   MIT45 incorporates by reference its responses to all allegations in the preceding paragraphs.

134.   Paragraph 134 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 134.

135.   Paragraph 135 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 135.

136.   The allegations in paragraph 136 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 136.

137.   The allegations in paragraph 137 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 137.

138.   The allegations in paragraph 138 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 138.

139.   The allegations in paragraph 139 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 139.

140.   The allegations in paragraph 140 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 140.

141. The allegations in paragraph 141 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 141.

142. The allegations in paragraph 142 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 142.

143. The allegations in paragraph 143 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 143.

144. The allegations in paragraph 144 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 144.

145. The allegations in paragraph 145 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 145.

146. The allegations in paragraph 146 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 146.

147. The allegations in paragraph 147 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 147.

148. The allegations in paragraph 148 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 148.

149. The allegations in paragraph 149 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 149.

ANSWER TO FIRST AMENDED COMPLAINT

150.   The allegations in paragraph 150 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 150.

151.   The allegations in paragraph 151 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 151.

152.   The allegations in paragraph 152 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 152.

**COUNT V**
**Violation of New York's Consumer Protection from Deceptive Acts and Practices Act ("NYDAPA"),**
**N.Y. GBL §§ 349, et seq.**

153.   MIT45 incorporates by reference its responses to all allegations in the preceding paragraphs.

154.   Paragraph 154 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 154.

155.   The allegations in paragraph 155 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 155.

156.   The allegations in paragraph 156 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 156.

157.   The allegations in paragraph 157 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 157.

158.   The allegations in paragraph 158 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 158.

159.   The allegations in paragraph 159 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 159.

160.   The allegations in paragraph 160 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 160.

161.   The allegations in paragraph 161 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 161.

162.   The allegations in paragraph 162 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 162.

163.   The allegations in paragraph 163 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 163.

164.   The allegations in paragraph 164 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 164.

165.   The allegations in paragraph 165 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 165.

166.   The allegations in paragraph 166 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 166.

### COUNT VI
**Violation of New York's False Advertising Act ("NYFAA"),**
**N.Y. GBL §§ 350, et seq.**

167.   MIT45 incorporates by reference its responses to all allegations in the preceding paragraphs.

168.    Paragraph 168 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 168.

169.    Paragraph 169 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 169.

170.    The allegations in paragraph 170 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 170.

171.    The allegations in paragraph 171 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 171.

172.    The allegations in paragraph 172 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 172.

173.    The allegations in paragraph 173 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 173.

174.    The allegations in paragraph 174 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 174.

175.    The allegations in paragraph 175 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 175.

### COUNT VII
### Breach of Implied Warranty

176.    MIT45 incorporates by reference its responses to all allegations in the preceding paragraphs.

177.    Paragraph 177 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 177.

178.    The allegations in paragraph 178 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 178.

179.    The allegations in paragraph 179 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 179. MIT45 denies any remaining allegations in paragraph 179.

180.    The allegations in paragraph 180 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 180.

181.    MIT45 denies the allegations in paragraph 181.

182.    The allegations in paragraph 182 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 182.

183.    The allegations in paragraph 183 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 183.

184.    MIT45 admits that Plaintiff sent a letter on January 29, 2024, which letter speaks for itself. MIT45 denies the allegations regarding the contents of that January 29, 2024 letter to the extent that they are inconsistent with the letter. The remaining allegations in paragraph 184 call for a legal conclusion to which no response is required. To the extent that a response is required, MIT45 denies the remaining allegation in paragraph 184. MIT45 denies any remaining allegations in paragraph 184 not expressly admitted herein.

## COUNT VIII
**Unjust Enrichment**

185.   MIT45 incorporates by reference its responses to all allegations in the preceding paragraphs.

186.   Paragraph 186 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 186.

187.   The allegations in paragraph 1487 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 187.

188.   The allegations in paragraph 188 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 188.

189.   The allegations in paragraph 189 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 189.

190.   The allegations in paragraph 190 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 190.

191.   The allegations in paragraph 191 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 191.

192.   The allegations in paragraph 192 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 192.

193.   The allegations in paragraph 193 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 193.

194. The allegations in paragraph 194 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 194.

195. The allegations in paragraph 195 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 195.

## COUNT IX
### Fraud by Omission

196. MIT45 incorporates by reference its responses to all allegations in the preceding paragraphs.

197. Paragraph 197 does not contain any allegations regarding MIT45 and therefore no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 197.

198. MIT45 admits that it engages in commerce in the State of California in such locations where it is not prohibited.

199. The allegations in paragraph 199 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 199.

200. MIT45 denies the allegation in paragraph 200.

201. The allegations in paragraph 201 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 201.

202. The allegations in paragraph 202 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 202.

203. The allegations in paragraph 203 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 203.

204. The allegations in paragraph 204 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 204.

205. The allegations in paragraph 205 constitute legal conclusions to which no response is required. To the extent a response is required, MIT45 denies the allegations in paragraph 205.

## PRAYER FOR RELIEF

MIT45 denies that the relief requested by Plaintiffs is available under the claims they have asserted, denies that Plaintiffs are entitled to any relief, and respectfully requests that Plaintiffs' prayer for relief be denied in all respects.

## AFFIRMATIVE DEFENSES

Without assuming the burden of proof on any issue for which Plaintiffs bear the burden of proof and in response to the claims alleged by Plaintiffs, MIT45 asserts the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE
#### (Failure to State a Claim)

Plaintiffs fail to state a claim against MIT45 on which the Court can grant relief.

### SECOND AFFIRMATIVE DEFENSE
#### (Unclean Hands)

Plaintiffs' claims should be dismissed under the doctrine of unclean hands.

### THIRD AFFIRMATIVE DEFENSE
#### (No Damages)

Plaintiffs are not entitled to recover damages or other monetary relief because, at a minimum, they have suffered no damages or economic harm, their damages are uncertain, contingent and speculative, and they have failed to mitigate damages.

Case No. 24cv00499-L-DEB                    ANSWER TO FIRST AMENDED COMPLAINT
4906-6107-2135.v3

**FOURTH AFFIRMATIVE DEFENSE**

(Assumption of Risk)

Plaintiffs are not entitled to any recovery because they voluntarily assumed any risk by, including but not limited to, voluntarily choosing to misuse and/or abuse the MIT45 complained of in the First Amended Complaint

**FIFTH AFFIRMATIVE DEFENSE**

(Failure to Mitigate Damages)

Plaintiffs have failed to mitigate any alleged damages. Thus, any damages awarded to Plaintiffs shall be limited to the amount of damages Plaintiffs would have sustained had Plaintiffs mitigated their damages.

**SIXTH AFFIRMATIVE DEFENSE**

(No Duty to Warn)

To the extent Plaintiffs allege they were injured by their use of MIT45 products, Plaintiffs should not recover any damages as the First Amended Complaint fails to allege any defective, unsafe, or unlawful product, nor any reason MIT45 had any duty to warn Plaintiffs about any aspect of the MIT45's products.

**SEVENTH AFFIRMATIVE DEFENSE**

(No Unsafe Product)

Plaintiffs have not alleged that MIT45 products contain any ingredients that are unlawful to sell, specially regulated, or unsafe for their typical and intended use.

**EIGHTH AFFIRMATIVE DEFENSE**

(Intervening and/or Superseding Cause)

The First Amended Complaint and every purported cause of action contained therein are barred because Plaintiffs' alleged damages, injuries, and/or losses were proximately caused or contributed to the acts or omissions of other persons (e.g., Plaintiffs) and/or facts and circumstances outside the control or any fault on the part of Defendants, which acts and/or omissions, facts, and/or circumstances were an intervening and superseding cause of Plaintiffs' alleged damages, injuries and losses,

if any. Plaintiffs' damages, if any, were proximately caused by unforeseeable, independent, intervening, and/or superseding events beyond the control of MIT45 and were unrelated to any action or conduct on its part.

## NINTH AFFIRMATIVE DEFENSE

### (Comparative Negligence)

Any injury or damages found to have been suffered by Plaintiffs in this action were proximately caused or contributed to by Plaintiffs' own negligence. As such, any judgment that might be rendered against MIT45 must be reduced by the degree of comparative fault of Plaintiffs.

## TENTH AFFIRMATIVE DEFENSE

### (Justified)

The First Amended Complaint, and every purported cause of action contained therein, is barred because any conduct complained of by the Plaintiffs on the part of MIT45 was justified.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Fault of others)

The First Amended Complaint, each cause of action therein, and any recovery on any cause of action therein are barred because any damages which Plaintiffs allegedly sustained were caused by persons or entities other than MIT45. As such, the Court should determine what proportion of responsibility each person, business, or other entity bears, under all applicable laws.

## TWELTH AFFIRMATIVE DEFENSE

### (Unrelated Injury)

Plaintiffs' injuries, if any, are unrelated to their use of MIT45 products. Plaintiffs' First Amended Complaint details a history of addiction by each Plaintiff and describes the facts and circumstances relating to Plaintiffs' prior substance abuse, which preexisted Plaintiffs' use and abuse of MIT45 products. As such, MIT45 is not liable to Plaintiffs.

1

### THIRTEENTH AFFIRMATIVE DEFENSE

2

(Trivial defect)

3    To the extent Plaintiffs allege they were injured by a defect—the existence of

4  which MIT45 denies—any such alleged defect was a trivial defect.

5

### FOURTEENTH AFFIRMATIVE DEFENSE

6

(Misuse)

7    Plaintiffs knew that their use of MIT45 products was not as intended, not

8  recommended and specifically against its recommended use. Plaintiffs therefore

9  assumed the risk of their respective choices to misuse MIT45 products.

10

### FIFTEENTH AFFIRMATIVE DEFENSE

11

(Lack of Causation)

12    The First Amended Complaint fails to adequately allege that MIT45 Products

13  caused Plaintiffs' injuries, if any.

14

### SIXTEENTH AFFIRMATIVE DEFENSE

15

(Unforeseeable Usage)

16    Plaintiffs' alleged use and/or misuse of MIT45 products were unforeseeable

17  to MIT45 and/or a reasonable person.

18

### SEVENTEENTH AFFIRMATIVE DEFENSE

19

(Abuse, Misuse, and Modification of Product)

20    Any injuries or damages suffered by Plaintiffs were caused solely and

21  exclusively by Plaintiffs' own abuse, misuse, and/or modification of MIT45

22  Products in a manner unforeseeable by MIT45.

23

### EIGHTEENTH AFFIRMATIVE DEFENSE

24

(Class Action Not Appropriate)

25    The claims asserted in the First Amended Complaint do not qualify for class

26  treatment and would not be better resolved as a class action.

27

28

**NINETEENTH AFFIRMATIVE DEFENSE**

(No Extraterritorial Application of California Law)

Extraterritorial application of various state laws to the alleged class is improper.

**TWENTIETH AFFIRMATIVE DEFENSE**

(Laches)

Plaintiffs did not file their claims, and those of the putative class, within a reasonable time after discovery and the doctrine of laches bars those claims.

**TWENTY FIRST AFFIRMATIVE DEFENSE**

(No Punitive Damages)

Plaintiffs have failed to alleged facts sufficient to allow recovery of punitive or exemplary damages.

**TWENTY SECOND AFFIRMATIVE DEFENSE**

(Preemption/Preclusion)

Plaintiffs' claims are preempted and/or precluded in whole or in part.

**TWENTY THIRD AFFIRMATIVE DEFENSE**

MIT45 and their agents always acted reasonably and in good faith based on all relevant facts and circumstances known by them at the time they so acted. Accordingly, Plaintiffs are barred from any recovery.

**TWENTY FOURTH AFFIRMATIVE DEFENSE**

(Reservation of Rights)

MIT45 reserves the right to amend its Answer to Plaintiffs' First Amended Complaint and reserves any other defenses that may become applicable or apparent during the course of discovery proceedings in this matter.

**DEMAND FOR JURY TRIAL**

MIT45 hereby demands a jury trial on all issues so triable.

1  Dated:  December 23, 2024.                    PARSONS BEHLE & LATIMER

2

3                                                */s/ Nathan D. Thomas*

4                                     By:    Erik C. Christiansen

5                                            Nathan D. Thomas
                                             Elizabeth M. Butler
6                                            *Attorneys for Defendant*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 24cv00499-L-DEB                    ANSWER TO FIRST AMENDED COMPLAINT
4906-6107-2135.v3

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of December 2024, I caused a true and correct copy of the foregoing **ANSWER TO FIRST AMENDED COMPLAINT** to be served by the method indicated below, to the following:

| BURSOR & FISHER, P.A.<br>Neal J. Deckant (State Bar No. 322946)<br>Luke Sironski-White (State Bar No. 348441)<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>Email: ndeckant@bursor.com<br>isironski@bursor.com | ☒ Electronic Filing Notification<br>☐ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Facsimile<br>☐ Email |
| LYNCH CARPENTER, LLP<br>Todd D. Carpenter (State Bar No. 234464)<br>Scott G. Braden (State Bar No. 305051)<br>James B. Drimmer (State Bar No. 196890)<br>1234 Camino Del Mar<br>Del Mar, CA 92014<br>Telephone: (619) 762-1910<br>Facsimile: (858) 313-1850<br>Email: todd@lcllp.com<br>scott@lcllp.com<br>jim@lcllp.com | ☒ Electronic Filing Notification<br>☐ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Facsimile<br>☐ Email |

Dated:  December 23, 2024

PARSONS BEHLE & LATIMER

*/s/ Nathan D. Thomas*

By:  Erik C. Christiansen
Nathan D. Thomas
Elizabeth M. Butler
Attorneys for Defendant

Case No. 24cv00499-L-DEB                    ANSWER TO FIRST AMENDED COMPLAINT
4906-6107-2135.v3