Jennifer M. French, State Bar No. 265422
jennf@lcllp.com
**LYNCH CARPENTER, LLP**
9171 Towne Centre Dr., Ste. 180
San Diego, CA 92122
Telephone:  (619) 762-1903

Neal J. Deckant, State Bar No. 322946
ndeckant@bursor.com
Luke Sironski-White, State Bar No. 348441
lsironski@bursor.com
**BURSOR & FISHER, P.A.**
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone:  (925) 300-4455

*Attorneys for Plaintiffs and
Proposed Class Counsel*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MOORHEAD, L.M., D.H., and E.L., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MIT45, INC.,<br><br>Defendant. | Case No.: 3:24-cv-00499-L-DEB<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Date:  May 18. 2026<br>Time:  10:30 a.m.<br>Judge: Hon. M. James Lorenz<br><br>**PURSUANT TO LOCAL RULES, THERE WILL BE NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT.**<br><br>**SPECIAL BRIEFING SCHEDULE (Dkt. No. 51)** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that Plaintiffs respectfully submit the following exhibits in support of their Motion for Class Certification and Request for Judicial Notice, all of which are authenticated by and referred to in the accompanying Declarations of Jennifer M. French and Neal J. Deckant:

| Ex. | Description | Pages |
|---|---|---|
| 1. | Expert Report of Dr. Daniel Overbeek, MD | 1 |
| 2. | Transcript of the Deposition of Ryan Niddel | 2 |
| 3. | First Supplemental Responses to Plaintiffs' First Set of Interrogatories to Defendant | 3 |
| 4. | MIT45_004443.xlsx | 4 |
| 5. | MIT45_020423 | 5 |
| 6. | MIT45_022320 | 6 |
| 7. | MIT45_022905 | 7 |
| 8. | MIT45_014338 | 8 |
| 9. | MIT45_020593 | 9 |
| 10. | MIT45_019286 | 10 |
| 11. | MIT45_020556 | 11 |
| 12. | MIT45_020549 | 12 |
| 13. | Declaration of L.M. in support of the Motion for Class Certification | 13-16 |
| 14. | Declaration of D.H. in support of the Motion for Class Certification | 17-20 |
| 15. | Declaration of E.L. in support of the Motion for Class Certification | 21-24 |
| 16. | Expert Report of Andrea Lynn Matthews, Ph.D. | 25 |
| 17. | Expert Report of William Ingersoll, Ph.D. | 26 |
| 18. | MIT45_020416.xlsx | 27 |
| 19. | 710 Pipes Response to Subpoena | 28-40 |
| 20. | Apotheca Response to Subpoena | 41 |
| 21. | MIT45_000662 | 42-43 |
| 22. | MIT45_000647 | 44-45 |
| 23. | MIT45_000689 | 46-47 |
| 24. | MIT45_000694 | 48-49 |
| 25. | MIT45_000599 | 50-51 |
| 26. | MIT45_000032 | 52 |
| 27. | MIT45, Inc.'s product page for MIT45-The Gold Standard of Kratom | 53-67 |
| 28. | MIT45's product page for MIT45 Super K | 68-77 |

APPENDIX OF EXHIBITS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION
No. 3:24-cv-00499-L-DEB

| Ex. | Description | Pages |
|---|---|---|
| 29. | MIT45's product page for MIT45 Super K Extra Strong | 78-88 |
| 30. | Lynch Carpenter, LLP Firm Resume | 89-98 |
| 31. | Bursor & Fisher, P.A. Firm Resume | 99-134 |

Dated: February 5, 2026

By: /s/ Jennifer M. French
Jennifer M. French
*Attorneys for Plaintiffs and Proposed Class Counsel*
Email: jennf@lcllp.com

2