# EXHIBIT 13

13

Jennifer M. French, State Bar No. 265422
jennf@lcllp.com
**LYNCH CARPENTER, LLP**
9171 Towne Centre Dr., Ste. 180
San Diego, CA 92122
Telephone: (619) 762-1903

Neal J. Deckant, State Bar No. 322946
ndeckant@bursor.com
Luke Sironski-White, State Bar No. 348441
lsironski@bursor.com
**BURSOR & FISHER, P.A.**
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455

*Attorneys for Plaintiffs and
Proposed Class Counsel*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MOORHEAD, L.M., D.H., and E.L., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MIT45, INC.,<br><br>Defendant. | Case No.: 3:24-cv-00499-L-DEB<br><br>**DECLARATION OF L.M. IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Date: May 18. 2026<br>Time: 10:30 a.m.<br>Judge: Hon. M. James Lorenz<br><br>**PURSUANT TO LOCAL RULES, THERE WILL BE NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT.**<br><br>**SPECIAL BRIEFING SCHEDULE (Dkt. No. 51)** |

I, L.M., declare:

1. The following facts are known to me of my own personal knowledge and circumstances in the above-entitled action as they relate to this declaration, and if called upon, I could and would testify competently thereto.

2. I am a named Plaintiff in this action and authorized its filing by my counsel. I seek to be appointed as Class Representative, subject to Court approval, on behalf of the proposed California Class, as defined in the Motion for Class Certification.

3. I understand that I cannot have any legal conflicts with any members of the California Class that I seek to represent, and I know of no such conflicts between any Class member and me. I am fully prepared to take on the responsibilities of a Class Representative.

4. I intend to vigorously pursue this suit on behalf of the California Class to the best of my ability and with the assistance of my counsel.

5. To date, I have actively participated in discovery and will continue to participate in discovery as needed. I have reviewed and responded to written discovery propounded by Defendant MIT45, Inc., including Requests for Production and Interrogatories. I have conducted diligent searches for, and produced, documents and records requested by my attorneys and by MIT45. I also appeared for a deposition on October 27, 2025.

6. From the filing of the original complaint to the present, I have actively monitored this litigation, and I will continue to do so while the litigation is active. I have met with and otherwise communicated with my counsel on numerous occasions regarding the present litigation and will continue to do so while the litigation is still active.

7. I understand the claims made in this lawsuit, and I am willing to serve as a Class Representative in this lawsuit. If I were appointed as a Class Representative, I would continue to actively participate in the litigation in any way that is necessary to act in the best interests of the Classes. I understand that I would have to cooperate with my attorneys and treat the interests of the proposed Class members the same as I would my

own. I know that I cannot put my own interests ahead of those of the Classes. I am willing to act in the best interests of the Classes.

8. I intend to appear and testify at trial, should the action go to trial.

9. I first started taking MIT45 liquid and capsule extracts in late 2022 in California. I heard about Kratom through a friend who told me it would help alleviate withdrawal from other substances without being addictive itself.

10. I purchased many of MIT45's Products and looked at the labels before consuming them, but the label did not inform me that kratom was potentially addictive and habit forming. Had I known that MIT45's Products were potentially habit forming, I would never have purchased them.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 4, 2026, at  12:50pm , California.

By: _____
L.M.

DECLARATION OF L.M. IN SUPPORT OF MOTION FOR CLASS CERTIFICATION
No. 3:24-cv-00499-L-DEB