# EXHIBIT 20



ORDER #: 389695.002

CASE NAME: MARIA MOORHEAD, L. M., D.H., and E.L. v. MIT45 INC.

CLIENT MATTER #: N/A

RECORDS ON: MARIA MOORHEAD, L. M., D.H., and E.L. v. MIT45 INC.

RECORDS FROM: 710 Pipes
1711 East Evans Avenue
Denver, CO 80210

SUBSTITUTED FOR:

**U.S. Legal Support, Inc.**
21051 Warner Center Lane, Suite 230
Woodland Hills, CA 91367
Phone: (818) 878-9227  FAX: (818) 878-9851  E-Mail: wstatus@uslegalsupport.com

WorkOrder#: 389695.002
CSR: Debra Murrietta

# CERTIFICATION OF PROFESSIONAL PHOTOCOPY

**Location:** 710 Pipes

**Records On:** MARIA MOORHEAD, L. M., D.H., and E.L. v. MIT45 INC.

**DOB:**

**SSN:**

I, the undersigned, declare under penalty of perjury that the foregoing is true and correct:

Executed on _____11/11/2025_____ At _____Woodland Hills_____, California

Print Name: Angie Salvatiera          Signed: _Angie Sal_____

DocuSign Envelope ID: BB031C5B-40F2-4830-AAF7-837FB824AD09

# Customer Account Information

Company Name _710 Pipes_____

Name of Owner _William Cowan_____

Business Address _930 W 104th Ave_____

City, State, Zip _Northglenn, CO 80234_____

Billing Address (If Different) _____

Email Address for Invoicing _710pipes@gmail.com_____

Phone Number _303-568-9755_____

Name Listed on Account / Check _Burly Pirate LLC dba 710 Pipes_____

Number of Locations/Stores:  3

31

000001

DocuSign Envelope ID: BB031C5B-40F2-4830-AAF7-837FB824AD09



**WHOLESALE AGREEMENT**

**MIT45 "Wholesale"**

MIT45, Inc., a Delaware corporation ("**MIT45**") and the "**Wholesaler**" identified below agree as follows:

1. <u>Products and Pricing</u>. MIT45's products available for purchase ("**Products**") and applicable pricing are provided on the second page to this Agreement. Wholesaler has no required monthly minimum purchase. So long as Wholesaler is in good standing, Wholesaler may purchase Products in whatever mix and as and when Wholesaler deems appropriate. Each purchase transaction will be described on a sales order outlining product, pricing, and quantity. Pricing changes in MIT45's discretion.

2. <u>Payment</u>. Payment for Products must be made by ACH or wire (U.S. funds) to MIT45's account prior to shipment. Credit terms only available upon MIT45's approval of Wholesaler's credit application.

3. <u>Taxes</u>. If sales or use taxes are charged on Products, Wholesaler will be responsible for those taxes.

4. <u>Shipping and Logistics</u>. Shipments of Products to Wholesaler are F.O.B. origin and shipped at a flat rate (subject to MIT45 revision) of one percent (1%) of the total cost of each Sales Order, added as a surcharge on each Sales Order, with a minimum shipping charge on each Sales Order of $30.

5. <u>Guarantee</u>. Details relating to MIT45's guarantee program have been provided to Wholesaler.

6. <u>MSRP and MAP</u>. MIT45 has adopted a written MSRP/MAP policy and a copy of that policy has been provided to Wholesaler. Wholesaler acknowledges that MIT45 reserves the right to discontinue doing business immediately with any Wholesaler that does not agree to adopt MIT45's MSRP/MAP policy.

7. <u>Restrictions</u>. Wholesaler is restricted from the following:

    (a) Selling to jurisdictions where kratom is banned (MIT45 to provide regular updates on bans); and
    (b) Making claims about MIT45's Products that are prohibited by the FDA and state regulators.

8. <u>Governing Law</u>. This Agreement is governed by Utah law and MIT45 and Wholesaler agree that any dispute arising under this Agreement will be adjudicated in Utah.

IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR SPECIAL, INDIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES, EVEN IF ADVISED OF THE POSSIBILITY OF SAME.

MIT45:

MIT45, Inc., a Delaware corporation

By _*Bill Markham*_____
Authorized Representative

Wholesaler:

Customer Name: _710 Pipes_____

Signed: _____

Print Name of Signer: _William Cowan_____

32

000002



# INVOICE

| | |
|---|---|
| Invoice No.: | AR011124 |
| Date: | 4/2/2024 |
| Due Date: | 4/2/2024 |
| Customer No: | 00006945 |

MIT45 B2B
www.MIT45.com
380 West Lawndale Dr
South Salt Lake, UT 84115
sales@mit45.com

| BILL TO: | SHIP TO: |
|---|---|
| 710 Pipes<br>930 W 104th Ave<br>Northglenn, CO 80234 | 710 Pipes<br>Attn: 710 Pipes<br>930 W 104th Ave<br>Northglenn, CO 80234 |

**Confirm To:** 710 Pipes

| CUSTOMER P.O. NUMBER | TERMS | FOB POINT | CONTACT | CONTACT PHONE |
|---|---|---|---|---|
|  | 100% Prepay | FOB Origin | William Cowan | (303) 568-9755 |

| SHIPMENT NUMBER | SHIP VIA | SHIPPING TERMS | SHIP DATE | TRACKING NUMBER | ORDER NUMBER |
|---|---|---|---|---|---|
| SHP011616 | FEDEXGR | B2B | 4/2/2024 | 1ZGH24840337969014 | SO011350 |

| ITEM | Lot # | QTY. | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 30036: Super K Extra Strong - 12 Pack | 0866 | 11.00 | EA | 133.65 | 0.00 |
| 30036: Super K Extra Strong - 12 Pack | 0866 | 20.00 | EA | 133.65 | 2,673.00 |
| SHIPPING30: Shipping for orders below $3000 | | 1.00 | EA | 30.00 | 30.00 |
| 3.25%CCFEE: 3.25% Fee for CC Processing | | 1.00 | EA | 87.85 | 87.85 |
| Freight ShipVia UPSGRND | | | | | 0.00 |

Thanks for your Business!!

**PAYMENT INFORMATION**

| | |
|---|---|
| CC | 2,790.85 |
| Total Payments: | 2,790.85 |

| | |
|---|---|
| Subtotal: | 2,790.85 |
| Less Discount: | 0.00 |
| Tax Total: | 0.00 |
| Less Payments/Deposit: | 2,790.85 |
| **Invoice Balance** | **0.00** |

Page: 1 of 1

33

000003



# INVOICE

| | |
|---|---|
| Invoice No.: | AR012170 |
| Date: | 4/25/2024 |
| Due Date: | 4/25/2024 |
| Customer No: | 00007868 |

MIT45 B2B
www.MIT45.com
380 West Lawndale Dr
South Salt Lake, UT 84115
sales@mit45.com

| BILL TO: | SHIP TO: |
|---|---|
| 710 Pipes (2)<br>1711 E Evans Ave<br>Denver, CO 80210 | 710 Pipes (2)<br>Attn: 710 Pipes (2)<br>1711 E Evans Ave<br>Denver, CO 80210 |

**Confirm To:** 710 Pipes (2)

| CUSTOMER P.O. NUMBER | TERMS | FOB POINT | CONTACT | CONTACT PHONE |
|---|---|---|---|---|
| | 100% Prepay | FOB Origin | William Cowan | (303) 365-0710 |

| SHIPMENT NUMBER | SHIP VIA | SHIPPING TERMS | SHIP DATE | TRACKING NUMBER | ORDER NUMBER |
|---|---|---|---|---|---|
| SHP012657 | FEDEXGR | B2B | 4/25/2024 | 1ZGH24840320200544<br>1ZGH24840328389355 | SO012359 |

| ITEM | Lot # | QTY. | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 01361: Countertop Display Case (small) - 11.5 x 13.875 x 7.5 | MKCS2023 | 1.00 | EA | 4.00 | 0.00 |
| 30090: MITgo Black Gel - 12 Pack | 00-0993 | 2.00 | EA | 60.00 | 0.00 |
| 30005: MIT45 Liquid Gold (15ml) - 12 Pack | 00-0915 | 2.00 | EA | 120.00 | 0.00 |
| 30036: Super K Extra Strong - 12 Pack | 00-1021 | 1.00 | EA | 162.00 | 0.00 |
| 30000: MIT45 Gold 2 Cap - 12 Pack | 269998 | 1.00 | EA | 72.50 | 0.00 |
| FREESHIP: Free Shipping | | 1.00 | EA | | 0.00 |
| Freight ShipVia UPSGRND | | | | | 0.00 |

Thanks for your Business!!

| | |
|---|---|
| Subtotal: | 0.00 |
| Less Discount: | 0.00 |
| Tax Total: | 0.00 |
| Less Payments/Deposit: | 0.00 |
| **Invoice Balance** | **0.00** |

Page: 1 of 1

34

000004

DocuSign

| Certificate Of Completion | | |
|---|---|---|
| Envelope Id: BB031C5B40F24830AAF7837FB824AD09 | | Status: Sent |
| Subject: <ACTION REQUIRED> [710 Pipes]: MIT45 Authorized Wholesale Onboarding Package | | |
| Source Envelope: | | |
| Document Pages: 4 | Signatures: 0 | Envelope Originator: |
| Certificate Pages: 4 | Initials: 0 | Sales |
| AutoNav: Enabled | | 380 West Lawndale Drive |
| EnvelopeId Stamping: Enabled | | Salt Lake City, UT 84115 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | sales@mit45.com |
| | | IP Address: 166.70.226.9 |

### Record Tracking

| Status: Original | Holder: Sales | Location: DocuSign |
|---|---|---|
| 3/26/2024 11:39:57 AM | sales@mit45.com | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| William Cowan | | Sent: 3/26/2024 12:05:52 PM |
| 710pipes@gmail.com | | Viewed: 3/26/2024 12:49:54 PM |
| Security Level: Email, Account Authentication (None) | | |
| **Electronic Record and Signature Disclosure:**<br>   Accepted: 3/26/2024 12:49:54 PM<br>   ID: ceaeeea9-36db-418b-812e-d809f80cc970 | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Accounts Receivable | | |
| AR@MIT45.com | | |
| Security Level: Email, Account Authentication (None) | | |
| **Electronic Record and Signature Disclosure:**<br>   Accepted: 2/26/2024 10:04:07 AM<br>   ID: 204ba127-3c93-43b5-b5e6-5bba8995e288 | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 3/26/2024 12:05:52 PM |
| Certified Delivered | Security Checked | 3/26/2024 12:49:54 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

### Electronic Record and Signature Disclosure

35

000005

Electronic Record and Signature Disclosure created on: 8/2/2022 8:53:32 AM
Parties agreed to: William Cowan, Accounts Receivable

**ELECTRONIC RECORD AND SIGNATURE DISCLOSURE**

From time to time, James Anson (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

36

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact James Anson:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: santino@southseaventures.com

**To advise James Anson of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at santino@southseaventures.com and in the body of such request you must state: your previous email address, your new email address. We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from James Anson**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to santino@southseaventures.com and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with James Anson**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

37

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to santino@southseaventures.com and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify James Anson as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by James Anson during the course of your relationship with James Anson.

38

DocuSign Envelope ID: BB031C5B-40F2-4830-AAF7-837FB824AD09

## UNIFORM SALES & USE TAX RESALE CERTIFICATE — MULTIJURISDICTION

The below-listed states have indicated that this certificate is acceptable as a resale/exemption certificate for sales/use tax, subject to the instructions and notes on pages 2—6. The issuing Buyer and the recipient Seller have the responsibility to determine the proper use of this certificate under applicable laws in each state, as these may change from time to time. This form was revised as of June 21, 2022.

Issued to Seller: **MIT45 Inc**

Address: **380 W Lawndale Dr, South Salt Lake, UT 84115**

I certify that:
Name of Firm (Buyer): **710 Pipes**
Address: **930 W 104th Ave Northglenn, CO 80260**

is engaged or is registered as a
☐ Wholesaler
☒ Retailer
☐ Manufacturer
☐ Seller
☐ Lessor (see notes on pages 2—4)
☐ Other (Specify) _____

and is registered for sales/use tax with the below-listed states and cities within which Seller would deliver purchases to Buyer and that any such purchases are for wholesale, resale, or ingredients or components of a new product or service to be resold, leased, or rented in the normal course of business. Buyer is in the business of wholesaling, retailing, manufacturing, leasing (renting), or selling the following:

Description of Business: **Smoke & Vape Shop**

General description of tangible property or taxable services to be purchased from the Seller: **MIT45 Products**

| State | State Registration, Seller's Permit, or ID Number of Purchaser | State | State Registration, Seller's Permit, or ID Number of Purchaser |
|---|---|---|---|
| AK/ARSSTC[1] | | MO[19] | |
| AL[2] | | NE | |
| AR | | NV[20] | |
| AZ[3] | | NJ | |
| CA[4] | | NM[5,21] | |
| CO[5,6] | | NC[22] | |
| CT[7] | | ND | |
| FL[8] | | OH[23] | |
| GA[9] | | OK[24] | |
| HI[5,10] | | PA[25] | |
| ID[11] | | RI[26] | |
| IL[6,12] | | SC | |
| IA | | SD[27] | |
| KS[13] | | TN[28] | |
| KY[14] | | TX[29] | |
| ME[15] | | UT | |
| MD[16] | | VT[30] | |
| MI[17] | | WA[31] | |
| MN[18] | | WI[32] | |

I further certify that if any property or service so purchased tax-free is used or consumed by Buyer so as to make it subject to sales/use tax, Buyer will pay the tax due directly to the proper taxing authority when state law so provides or inform the Seller for added tax billing. This certificate shall be a part of each order that Buyer may hereafter give to Seller, unless otherwise specified, and shall be valid until canceled by Buyer in writing or revoked by the city or state.

Under penalties of perjury, I swear or affirm that the information on this form is true and correct as to every material matter.

Authorized Signature: _____
(Owner, Partner, or Corporate Officer, or other authorized signer of Buyer)

Title: **Owner/Manager**

Date: **03/26/2024**

39

1

000009

## 2024 MIT45 Product Casepack Pricing Schedule

| Item Number | Product | Unit Info | Units per Display | Displays per Case | Cases per Master Case | Master Case - Single Unit | Master Case - 5 Cases Display | Master Case - 5 Cases Case | Master Case - Master Case | Case - Single Unit | Case - 1-4 Cases Display | Case - 1-4 Cases Case | Display - Single Unit | Display - <1 Case Display | MSRP | MAP Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30090 | MIT45 GO Black Gel - 12 Pack | 0.5oz | 12 | 12 | 5 | $4.50 | $54.00 | $648.00 | $3,240.00 | $4.75 | $57.00 | $684.00 | $5.00 | $60.00 | $9.97 | $8.97 |
| 20061 | MIT45 UltraMIT (15mL) - Single Unit | 15ml | N/A | 50 | 5 | $14.45 | N/A | $722.50 | $3,612.50 | $15.30 | N/A | $765.00 | $17.00 | N/A | $33.99 | $29.99 |
| 30005 | MIT45 Liquid Gold (15mL) - 12 Pack | 15ml | 12 | 10 | 5 | $8.25 | $99.00 | $990.00 | $4,950.00 | $9.00 | $108.00 | $1,080.00 | $10.00 | $120.00 | $21.97 | $19.97 |
| 30000 | MIT45 Gold 2 Cap - 12 Pack | 2Ct | 12 | 12 | 5 | $8.25 | $99.00 | $1,188.00 | $5,940.00 | $9.00 | $108.00 | $1,296.00 | $10.00 | $120.00 | $21.97 | $19.97 |
| 30002 | MIT45 Gold 6 Cap - 12 Pack | 6Ct | 12 | 12 | 5 | $16.50 | $198.00 | $2,376.00 | $11,880.00 | $18.00 | $216.00 | $2,592.00 | $20.00 | $240.00 | $39.97 | $36.97 |
| 30060 | MIT45 Boost Liquid (NEW) - 12 Pack | 2oz | 12 | 4 | 5 | $2.89 | $34.68 | $138.72 | $693.60 | $3.15 | $37.80 | $151.20 | $3.50 | $42.00 | $6.97 | $5.97 |
| 30117 | MIT45 Boost Bites - 20-Pouch Gravity | 20Ct | 20 | 30 | 5 | $2.48 | $49.50 | $1,485.00 | $7,425.00 | $2.70 | $54.00 | $1,620.00 | $3.00 | $60.00 | $5.97 | $5.47 |
| 30118 | MIT45 Boost Bites - 24ct Jar | 24pcs | N/A | 24 | 5 | $10.73 | N/A | $257.40 | $1,287.00 | $11.70 | N/A | $280.80 | $13.00 | N/A | $25.97 | $23.97 |
| 30038 | MIT45 Super K - 12 Pack | 30ml | 12 | 6 | 5 | $5.36 | $64.35 | $386.10 | $1,930.50 | $5.85 | $70.20 | $421.20 | $6.50 | $78.00 | $14.97 | $12.97 |
| 30036 | MIT45 Super K Extra Strong - 12 Pack | 30ml | 12 | 6 | 5 | $11.14 | $133.65 | $801.90 | $4,009.50 | $12.15 | $145.80 | $874.80 | $13.50 | $162.00 | $26.97 | $24.97 |
| 30101 / 30105 / 30109 | MIT45 Raw White - 125 Caps / MIT45 Raw Green - 125 Caps / MIT45 Raw Red - 125 Caps | 125ct | N/A | 60 | 5 | $9.90 | N/A | $594.00 | $2,970.00 | $10.80 | N/A | $648.00 | $12.00 | N/A | $25.97 | $23.97 |
| 30103 / 30107 / 30111 | MIT45 Raw White - 250 Caps / MIT45 Raw Green - 250 Caps / MIT45 Raw Red - 250 Caps | 250ct | N/A | 30 | 5 | $14.85 | N/A | $445.50 | $2,227.50 | $16.20 | N/A | $486.00 | $18.00 | N/A | $39.97 | $35.97 |
| 30102 / 30106 / 30110 | MIT45 Raw White - 125g Powder / MIT45 Raw Green - 125g Powder / MIT45 Raw Red - 125g Powder | 125g | N/A | 60 | 5 | $9.90 | N/A | $594.00 | $2,970.00 | $10.80 | N/A | $648.00 | $12.00 | N/A | $25.97 | $23.97 |
| 30104 / 30108 / 30112 | MIT45 Raw White - 250g Powder / MIT45 Raw Green - 250g Powder / MIT45 Raw Red - 250g Powder | 250g | N/A | 30 | 5 | $14.85 | N/A | $445.50 | $2,227.50 | $16.20 | N/A | $486.00 | $18.00 | N/A | $39.97 | $35.97 |

DocuSign Envelope ID: BB031C5B-40F2-4830-AAF7-837FB824AD09