# EXHIBIT 27



Our Brand     Reviews                    Shop     #1 Kratom Brand     Savings

Home  >  Buy Kratom  >  Kratom Extract Liquids





CLAIM YOUR LIMITED OFFER

  

# MIT45 – THE GOLD STANDARD OF

Privacy - Terms

# KRATOM

★ ★ ★ ★ ★   13 customer reviews

## $21.97

Meet MIT45, the gold standard for Kratom shots. With more than 35 million bottles sold, there's a reason this triple-purified liquid extract remains the best on the market and our #1-bestseller. This MIT 45 Kratom Shot contains a total of 250 mg of Kratom extract with a total of 125 mg of mitragynine.

Old Packaging 112.5mg MIT > N Packaging 125mg MIT

**Ordered before 2 PM MST Mor will be shipped the same day**

CLAIM YOUR LIMITED OFFER

Bundles

| Single Unit | 6-Pack | 12-Pack |
|---|---|---|
| **$21.97** | **$131.82** | **$263.64** |

| 24-Pack | 36-Pack |
|---|---|
| **$527.28** | **$790.92** |

| One-time purchase | Subscribe & save 10% |
|---|---|

You will earn 21 points with your purchase!

| - | 1 | + | | **ADD TO CART** |



Secure & Trusted Checkout with



Secure Checkout

Free Shipping Above $70

30 Day Guarantee

CLAIM YOUR LIMITED OFFER

## KNOW THE PRODUCT

## INGREDIENTS

 FREE SHIPPING ON ORDERS ABOVE $50

 SECURED PAYMENT & CHECK

# RELATED PRODUCTS



**MIT45 GO**

**MIT45 SUPER K EXTRA STRONG**

**MIT45 SUPER K**

56

$9.97

$29.97

$14.97



# UNRIVALED QUALITY

We set the gold standard in Kratom extracts, utilizing only the finest leaves, carefully selected for their potency and purity. Each bottle of MIT45 Gold Shots is the result of years of research and refinement, ensuring that you're getting the most effective and reliable Kratom Shot on the market. If you're curious about the benefits of Kratom, MIT45 offers a premium experience like none.

CLAIM YOUR LIMITED OFFER

# THE SHOT THAT CHANGED EVERYTHING

MIT45 Gold isn't just another Kratom product—it's a movement. Carefully measured for optimal effect, our Kratom Shots are crafted for those who push boundaries. Whether you're an entrepreneur, athlete, or someone seeking personal growth, MIT45 might be your ally in the pursuit of success.

- ✔ Precisely measured for optimal effect

- ✔ Easy-to-use dropper for accurate measurements

- ✔ Crafted for those who push boundaries



CLAIM YOUR LIMITED OFFER

58

# TRANSPARENT FORMULATION

Clear labelling and third-party testing ensure you know exactly what fuels your journey. Every bottle of MIT 45 Shots comes with detailed information about its contents, including precise Kratom alkaloid percentages. We subject our products to rigorous testing procedures with results readily available for your review, and we are certified by the American Kratom Association.

CLAIM YOUR LIMITED OFFER

# MIT45 SHOT FAQS

## WHY BUY MIT45 GOLD LIQUID KRATOM EXTRACT SHOT?



MIT45 Gold Liquid Kratom Extract Shot isn't just another Kratom product—it's the gold standard for a reason. Packed with 250mg of premium Kratom extract and a potent 125mg of mitragynine, this little bottle delivers a smooth, reliable experience every time. Triple-purified

## WHAT SETS MIT45 GOLD APART FROM ALL OTHER KRATOM





59

| | |
|---|---|
| PRODUCTS? | |
| IS MIT45 SHOT BETTER THAN MIT45 GOLD CAPSULES? | ○ |
| DO YOU USE KRATOM EXTRACT IN YOUR MIT45 GOLD SHOTS, WHAT IS IT? | ○ |
| HOW MUCH MITRAGYNINE IS THERE IN THE MI45 GOLD KRATOM SHOT? | ○ |
| HOW FAST WILL MY ORDER BE DELIVERED? | ○ |
| HOW CAN I RETURN MY PRODUCT? | ○ |
| IS MIT45 GOLD NOW STRONGER IN THE NEW PACKAGING? | ○ |



CLAIM YOUR LIMITED OFFER

# 13 REVIEWS FOR MIT45 – THE GOLD STANDARD OF KRATOM



**Marc T.** *(verified owner)* – February 2, 2022    ★★★★★

Comparable to opms gold & black, slightly different affect though. More

heady than body, but pretty well balanced overall..



**KJ** *(verified owner)* – February 2, 2022      ★★★★☆

These pack a decent punch & are great for the price. Would highly recommend. Shipping is fast



**Emma** – August 27, 2022      ★★★★★

MIT45 is your one stop shop for all things kratom. The product quality and customer service are second to none, coupled with fast shipping make them the perfect place in which you'll be getting any more of this ama herb!



CLAIM YOUR LIMITED OFFER



**Charlotte** – August 27, 2022      ★★★★★

I am very pleased with this company's products and services. They have never let me down!



**Benjamin** – August 27, 2022      ★★★★★

The product quality is top notch, coupled with an attentive customer service and fast shipping. This means that MIT45 kratom packages are the only place to get your favorite herbal supplement!

61



**Lucas** – August 27, 2022  ★★★★★

Try something new! These were great and I can't wait to order more.



**Henry** – August 27, 2022  ★★★★★

You have the best kratom around, and I'll be placing my fourth order soon. Keep up the good work!



**Theodore** – August 27, 2022  ★★★

From the moment I placed my order, it only took about three days for delivery. The product is absolutely incredible! It's everything they say a more.



CLAIM YOUR LIMITED OFFER



**Logan** – August 27, 2022  ★★★★★

We're always on the lookout for reliable vendors who can provide us with high-quality products. It's great to find a company that not only has competitive pricing, but also provides excellent customer service!



**Owen** – August 27, 2022  ★★★★★

I am one of your most loyal customers. You have great prices, quality products and fast shipping!



**Samuel** – August 27, 2022

I'm so glad I found this company! They have the best quality products and their customer service is top notch.



**Jacob** – August 27, 2022

I've been waiting for these to come into stock, they're fantastic!



**Alice Ramirez** – October 14, 2025

Just started taking ,down the hatch,is way easier..I'll give feedback in fe days .THANKS MIT45

CLAIM YOUR LIMITED OFFER

## ADD A REVIEW

Your email address will not be published. Required fields are marked *

Your rating *

Rate… ⌄

Your review *

Name *

Email *

☐ Save my name, email, and website in this browser for the next time I comment.

**SUBMIT**

---

## EXPLORE

Contact Us

Wholesale

Become An Affiliate

Kratom Legality

Our Brand

Blog

## RESOURCES

Exclusive Discounts

Transparency

Disclaimer

Returns and Exchanges

Press & Media Inquiries

Shipping Policy

Subscription Policy

FDA Disclaimer

Resources

Careers

## CONTACT US

**Call Us**

866-MIT-4!

**Online or help?**

Contact us at

care@mit45.com

**Wholesale order help?**

Contact us at

sales@mit45.com

**Press & Media Inquiries?**

Contact us at

pr@mit45.com

**Hours**

M–F, 8 AM – 5 PM MST

12248 S Lone Peak Parkway Draper, UT 84020

CLAIM YOUR LIMITED OFFER

Must be 21 or over to purchase these products. The manufacturer and distributors of these products assume no liability for the misuse of these products. We do not ship to states, counties, municipalities, and other jurisdictions in which the sale or possession of these products is prohibited.

We conduct marketing to promote our products and services, we may also market, promote, or offer for sale Products that are manufactured, provided, or developed by third-party entities. Pursuant to our Privacy Policy & Terms of Use.

These statements have not been evaluated by the FDA. The products offered for sale on this site are not intended to diagnose, treat, cure, mitigate or prevent any disease and/or affect any structure or function of the human body.

© 2026 MIT45 – All Rights Reserved

Terms & Conditions

Privacy Policy        Ad Choices

Do Not Sell or Share My Perso

Informat

CLAIM YOUR LIMITED OFFER



