**LYNCH CARPENTER, LLP**
Todd D. Carpenter (SBN 234464)
todd@lcllp.com
Scott G. Braden (SBN 305051)
scott@lcllp.com
9171 Towne Centre Dr., Ste. 180
San Diego, CA 92122
Tel: 619-762-1910
Fax: 858-313-1850

Neal J. Deckant, State Bar No. 322946
ndeckant@bursor.com
Luke Sironski-White, State Bar No. 348441
lsironski@bursor.com
**BURSOR & FISHER, P.A.**
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Tel.:   (925) 300-4455
Fax:   (925) 407-2700

*Attorneys for Plaintiffs and
Proposed Class Counsel*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MOORHEAD, L.M, D.H., and E.L., individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MIT 45 INC., <br><br> Defendant. | Case No. 3:24-cv-00499-L-DEB <br><br> **PLAINTIFFS' MOTION FOR ACCOUNTING AND ASSET PRESERVATION ORDER** <br><br> Date:  July 20, 2026 <br> Time: 10:30 a.m. <br> Judge: Hon. M. James Lorenz <br><br> **PURSUANT TO LOCAL RULES, THERE WILL BE NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 20, 2026, at 10:30 a.m. in the Courtroom of the Honorable James Lorenz, United States District Court Judge, counsel for Plaintiffs will, and hereby do, move for an accounting and a narrowly tailored asset preservation order.

This motion is based upon this notice, the accompanying memorandum, the declaration of Scott G. Braden in support, the files and records in his action, and any further evidence and argument that the Court may receive at or before the hearing.

Dated: June 9, 2026

**LYNCH CARPENTER, LLP**

By:    */s/ Scott G. Braden*
Scott G. Braden (SBN 305051)
scott@lcllp.com
Todd D. Carpenter (SBN 234464)
todd@lcllp.com
9171 Towne Centre Dr., Ste. 180
San Diego, CA 92122
Tel: 619-762-1910
Fax: 858-313-1850

**BURSOR & FISHER, P.A.**
Neal J. Deckant, State Bar No. 322946
ndeckant@bursor.com
Luke Sironski-White, State Bar No. 348441
lsironski@bursor.com
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Tel.:   (925) 300-4455
Fax:   (925) 407-2700

*Attorneys for Plaintiffs and
Proposed Class Counsel*

1