UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

B.D. *et al.*,

                               Plaintiffs,

v.

MIT45, INC.,

                               Defendant.

Case No.:  3:24-cv-0499-L-DEB

**ORDER VACATING HEARING AND GRANTING JOINT MOTION TO CONTINUE BRIEFING DEADLINES**

[ECF No. 72]

Pending before the Court is Joint Motion to Continue Hearing and Briefing Deadlines on Plaintiffs' Motion for Accounting.  (ECF No. 72.)  For good cause shown pursuant to Federal Rule of Civil Procedure 6(b), the joint motion is granted.  It is ordered as follows:

1.     No later than August 10, 2026, Defendant shall file and serve any opposition to Plaintiffs' Motion for Accounting and Asset Preservation Order (ECF No. 70, "Accounting Motion").

2.     No later than August 17, 2026, Plaintiffs shall file and serve any reply in support of their Accounting Motion.

/ / / / /

1

3:24-cv-0499-L-DEB

3.  The hearing currently set for July 20, 2026, is vacated.  Pursuant to Civil Local Rule 7.1.d.1., there will be no oral argument on Plaintiffs' Accounting Motion unless requested by the Court.

**IT IS SO ORDERED**.

Dated:  July 2, 2026

Hon. M. James Lorenz
United States District Judge

3:24-cv-0499-L-DEB