UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

B.D. *et al.*,

Plaintiffs,

v.

MIT45, INC.,

Defendant.

Case No.: 3:24-cv-0499-L-DEB

**ORDER DENYING JOINT MOTION**

[ECF No. 55, 61, 68, 70, 74]

Pending before the Court is Joint Motion to Continue Briefing Deadlines on Plaintiffs' Motion for Accounting and to Defer Ruling on Class Certification Pending Mediation. (ECF No. 74, "Joint Motion.") For the reasons stated below, the Joint Motion is denied.

The parties represent that they intend to mediate this action on September 11, 2026, and subsequently inform the Court whether the Court should rule on Plaintiffs' Motion for Class Certification (ECF no. 55, "Class Cert. Motion") and whether they will proceed to fully brief their Motion for Accounting and Asset Preservation Order (ECF no. 70, "Accounting Motion").

This is the second request to postpone briefing on the Accounting Motion. Furthermore, the Class Certification Motion is far from being ready for consideration by

the Court. The parties filed several redacted briefs (*see* ECF nos. 55, 59, 59-8, 59-9, 59-10), however, they did not lodge unredacted copies for the Court's consideration (*see* ECF no. 62, 63 (sealed lodged documents not including any redacted briefs except for ECF no. 59-8, found at ECF no. 63-6). The filings are further plagued by missing and illegible exhibits.[1]

In light of the foregoing and any insights the parties may gather in mediation, the Class Certification Motion, Accounting Motion, and related motions to seal are denied without prejudice to refiling if the parties so choose after mediation. Accordingly, it is ordered as follows:

1. The Joint Motion to Continue Briefing Deadlines on Plaintiffs' Motion for Accounting and to Defer Ruling on Class Certification Pending Mediation (ECF No. 74) is denied.

2. Plaintiffs' Motion for Class Certification, Plaintiffs' Motion for Accounting and Asset Preservation Order, and related motions to seal (ECF nos. 55, 61, 68, 70) are denied without prejudice to refiling after conclusion of mediation.

3. No later than September 18, 2026, the parties shall file a joint status report on the progress of mediation and their intentions regarding further proceedings in this Court.

**IT IS SO ORDERED**.

Dated: August 3, 2026

M James Lorenz

Hon. M. James Lorenz
United States District Judge

---

[1] The legibility requirements are found in Civil Local Rule 5.1(a) and Electronic Case Filing Administrative Policies and Procedures Manual Section 2(a) and (k).