# EXHIBIT 1

# Under Seal