Scott G. Braden, State Bar No. 305051
scott@lcllp.com
**LYNCH CARPENTER, LLP**
9171 Towne Centre Dr., Ste. 180
San Diego, CA 92122
Telephone: (619) 762-1903

Neal J. Deckant, State Bar No. 322946
ndeckant@bursor.com
Luke Sironski-White, State Bar No. 348441
lsironski@bursor.com
**BURSOR & FISHER, P.A.**
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455

*Attorneys for Plaintiffs and*
*Proposed Class Counsel*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MARIA MOORHEAD, L.M., D.H., and E.L., on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

MIT45, INC.,

Defendant.

Case No.: 3:24-cv-00499-AGS-DEB

**NOTICE OF LODGMENT**

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Maria Moorhead, L.M., D.H., and E.L. hereby lodge with the Court certain exhibits related to their Motion for Class Certification and Motion for Accounting and Asset Preservation Order which consist of native spreadsheet files produced by Defendant that cannot be rendered legibly in static form. As directed by the Clerk's Office, those files are being submitted manually on physical media concurrently with this filing.

Dated: September 18, 2026

**LYNCH CARPENTER, LLP**

By: */s/ Scott G. Braden*

Scott G. Braden (SBN 305051)
scott@lcllp.com
Todd D. Carpenter (SBN 234464)
todd@lcllp.com
9171 Towne Centre Dr., Ste. 180
San Diego, CA 92122
Tel: 619-762-1910
Fax: 858-313-1850

**BURSOR & FISHER, P.A.**
Neal J. Deckant, State Bar No. 322946
ndeckant@bursor.com
Luke Sironski-White, State Bar No. 348441
lsironski@bursor.com
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Tel.: (925) 300-4455
Fax: (925) 407-2700

*Attorneys for Plaintiffs and Proposed Class Counsel*