**BURSOR & FISHER, P.A.**
Neal J. Deckant, State Bar No. 322946
ndeckant@bursor.com
Luke Sironski-White, State Bar No. 348441
lsironski@bursor.com
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Tel.: (925) 300-4455
Fax: (925) 407-2700

**LYNCH CARPENTER, LLP**
Todd D. Carpenter (SBN 234464)
todd@lcllp.com
Scott G. Braden (SBN 305051)
scott@lcllp.com
9171 Towne Centre Dr., Ste. 180
San Diego, CA 92122
Tel: 619-762-1910
Fax: 858-313-1850

*Attorneys for Plaintiffs and Proposed Class Counsel*

**PARSONS BEHLE & LATIMER**
Erik A. Christiansen (SBN 150787)
echristiansen@parsonsbehle.com
Nathan D. Thomas (SBN 234931)
nthomas@parsonsbehle.com
Elizabeth M. Butler (SBN 326901)
lbutler@parsonsbehle.com
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111

**DUANE MORRIS LLP**
Courtney L. Baird (SBN 234410)
clbaird@duanemorris.com
Daniel M. Doft (SBN 317204)
ddoft@duanemorris.com
750 Street, Suite 2900
San Diego, CA 92101
Telephone: (619) 744-2200
Facsimile: (619) 744-2201

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MARIA MOORHEAD, L.M., D.H., and E.L., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

MIT45 INC.,

Defendant.

Case No. 3:24-cv-00499-AGS-DEB

**JOINT STATUS REPORT**

Pursuant to the Court's August 3, 2026 Order (ECF No. 75), Plaintiffs Maria Moorhead, L.M., D.H., and E.L. ("Plaintiffs") and Defendant MIT45, Inc. (collectively the "Parties") hereby submit this Joint Status Report regarding the progress of the Parties' mediation and their intentions regarding further proceedings in this action.

## I. PROCEDURAL BACKGROUND

On July 23, 2026, the Parties filed a Joint Motion to Continue Briefing Deadlines on Plaintiffs' Motion for Accounting and to Defer Ruling on Class Certification Pending Mediation. ECF No. 74. On August 3, 2026, the Court denied the Joint Motion. ECF No. 75. In the same Order, the Court denied Plaintiffs' Motion for Class Certification (ECF No. 55), Plaintiffs' Motion for Accounting and Asset Preservation Order (ECF No. 70), and the related motions to seal (ECF Nos. 61, 68) without prejudice to refiling after the conclusion of mediation. Id. at 2. The Court further directed the Parties to file this report no later than September 18, 2026. Id.

On August 18, 2026, this action was reassigned to the Honorable Andrew G. Schopler for all further proceedings. ECF No. 76. The magistrate judge assignment is unchanged.

## II. THE PARTIES' FAILED MEDIATION

On September 11, 2026, the Parties participated in a mediation before Jill Sperber, Esq., of Judicate West. The mediation had been set to proceed in person at Judicate West's Santa Ana office. On September 10, 2026, at approximately 3:04 p.m. PDT, Defendant's counsel advised that Defendant could not proceed with the in-person session and, after some exchange with Judicate West, requested that the mediation proceed by videoconference the following day, and Plaintiffs agreed to accommodate that request. The mediation went forward remotely on September 11, 2026 and did not resolve this action.

## III. PLAINTIFFS' REFILED MOTIONS AND CORRECTIVE MEASURES

Consistent with paragraph 2 of the Court's August 3, 2026 Order (ECF No. 75) (the "Order"), Plaintiffs refiled the following on September 17, 2026:

1. Plaintiffs' Motion for Class Certification (ECF No. 80), together with the

supporting Declaration of Scott G. Braden (ECF No. 80-1), Declaration of Neal J. Deckant (ECF No. 80-3), Appendix of Exhibits (ECF No. 80-2), and Motion to File Under Seal and supporting declaration (ECF Nos. 78, 78-1); and

2. Plaintiffs' Motion for Accounting and Asset Preservation Order (ECF No. 83), together with the supporting Declaration of Scott G. Braden (ECF No. 83-2), Appendix of Exhibits (ECF No. 83-3), and Motion to File Under Seal and supporting declaration (ECF Nos. 81, 81-1).

In refiling, Plaintiffs have addressed each of the deficiencies identified in the Order. First, Plaintiffs have lodged complete unredacted copies of every redacted filing under seal for the Court's consideration. Second, Plaintiffs have assembled, paginated, and indexed a complete Appendix of Exhibits for each motion; each Appendix identifies every exhibit by description and by the pages on which it appears, and every exhibit cited in the accompanying briefs and declarations appears in the corresponding Appendix. Third, except as described below, Plaintiffs have confirmed that each document filed and lodged with the Court is text-searchable and satisfies the legibility requirements of Civil Local Rule 5.1(a) and Sections 2(a) and 2(k) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual.

Certain exhibits consist of native spreadsheet files produced by Defendant in discovery that cannot be rendered legibly in static form. As directed by the Clerk's Office, those files have been submitted manually on physical media concurrently with the refiled motions, and a slipsheet identifying each such file appears at the corresponding location in each Appendix.

The refiled motions are noticed for hearing on January 20, 2026 at 2:00 PM. Briefing will proceed in the ordinary course under Civil Local Rule 7.1(e)(2). By submitting this Joint Status Report, Defendant reserves all arguments in opposition to any and all motions that Plaintiffs might refile or file, and expressly do not waive any objections, defenses or arguments in response thereto.

## IV. PLAINTIFFS' INTENTIONS RE FURTHER PROCEEDINGS

Plaintiffs are prepared to proceed to rulings on the refiled motions and to otherwise litigate this action through trial. Under the operative Scheduling Order, the Parties are to submit a joint proposal for all remaining pretrial and trial deadlines within thirty (30) days of the Court's class certification order. ECF No. 51 at 2. Plaintiffs will meet and confer with Defendant and submit that joint proposal within the time provided.

Plaintiffs reserve the right to serve additional written discovery, third-party subpoenas, and deposition notices, including discovery arising from or following the Court's ruling on Plaintiffs' accounting and asset preservation motion, and may retain a forensic accounting or ESI expert as necessary.

## V. DEFENDANT'S INTENTIONS RE FURTHER PROCEEDINGS

Defendant acknowledges that mediation was not successful. Defendant will respond to any motion and defend the case in accordance with applicable rules.

Dated: September 18, 2026

**BURSOR & FISHER, P.A.**

By: */s/Neal J. Deckant*
Neal J. Deckant, State Bar No. 322946
ndeckant@bursor.com
Luke Sironski-White, State Bar No. 348441
lsironski@bursor.com
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Tel.: (925) 300-4455
Fax: (925) 407-2700

**LYNCH CARPENTER, LLP**
Scott G. Braden (SBN 305051)
scott@lcllp.com
Todd D. Carpenter (SBN 234464)
todd@lcllp.com
9171 Towne Centre Dr., Ste. 180
San Diego, CA 92122
Tel: 619-762-1910
Fax: 858-313-1850

*Attorneys for Plaintiffs and Proposed Class Counsel*

Dated: September 18, 2026

**PARSONS BEHLE & LATIMER**

By: */s/Erik A. Christiansen*

Erik A. Christiansen (SBN 150787)
Nathan D. Thomas (SBN 234931)
Elizabeth M. Butler (SBN 326901)
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111

**DUANE MORRIS LLP**

Courtney L. Baird (SBN 234410)
clbaird@duanemorris.com
Daniel M. Doft (SBN 317204)
ddoft@duanemorris.com
750 Street, Suite 2900
San Diego, CA 92101
Telephone: (619) 744-2200
Facsimile: (619) 744-2201

*Attorneys for Defendant*

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that I have obtained authorization to affix all electronic signatures to this document.

*/s/Neal J. Deckant*